In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2015 JUN 17 AM 11:50
KEITH E. HOTTLE, CLERK

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

To The Fourth Court of Justices In Appeals Court

STATEMENT FROM APPELLANT MARYANN CASTRO

MOTION TO ACCEPT FINAL CLOSING ARGUMENT AS TO WHY THE AGREEMENT FOR FINAL DIVORCE SIGNED OCT 30,2013 SHOULD BE MODIFIED,AMENDED EVEN VOIDED AND REWRITTEN REOPENED TO A JUST AND RIGHT DIVORCE DECREE DUE TO THE FOLLOWING MISREPRESENTATION,FRAUD THAT OCCURED IN THE AGREEMENT FOR FINAL DIVORCE AGREEMENT SIGNED OCT 30,2013 THE FRAUD WAS DISCOVERED AFTER THE DATE OF OCT 30,2013

OPINION (see copy of Agreement )

#1

This is an appeal from a final decree of divorce in which wife challenges the Agreement for Final Divorce signed Oct30, 2013.Appellee Manuel Castro and Appellant Maryann Castro have been before the Court. The Courts JUDGES never heard the actual facts in the Marriage of Manuel AND Maryann Castro or even read documents showing the facts as to why the Agreement for Final Divorce should be reopened, modified ,amended ,rewritten even voided, the ORIGINAL agreement was NEVER filed it was tampered ,a copy was filed by Counsel Joseph Appelt who participated with his client Appellee Manuel Castro in fraud, hiding martial asset, prejudice of Appellant Maryann Castro disability the agreement has fraud bankruptcy, non-payment of mortgage, overvalued martial home, hiding martial assets even Adultery, Cruelty. The Trial Court Judges erred in not voiding the Agreement for Final Divorce(If the Spouse seeking post judgement relief longstreet v longstreet, 57 ohio app.3d 55,566 N.E.2d 708 (1989) husband value home at 50,000 but sold it 14 months later for 79,000.(Salem V. Salem, 61Ohio App. 3d 243,572,N.E. 2d 726 (1988)wife made conclusory allegations of nondisclosed assets, citing a news paper article as her only basis for suspecting fraud) The time period for a motion to reopen a judgement is tolled by the automatic stay imposed (A party seeking to reopen a judgement has an obligation to act with reasonable diligence after learning relevant facts. E.G., In re

Gidlund,244 Ill..App.3d 675,614 N.E. 2d 315(1993)The law of reopening judgements should be changed so that when one spouse commits deliberate and malicious fraud ,and the other spouse was unable through due diligence to detect the fraud, there is no time limit on the courts power to grant effective relief.

BACKGROUND FACTS

Martial fraud on the Community estate , Appellant Maryann Castro is the innocent spouse in this divorce fraud in the Community was committed by Appellee Manuel Castro and Counsel Joseph Appelt by committing the following if there were no property then the lift stay does not need to be filed there was 1501 Olive and the lift stay was not filed on Oct 30,2013 that is a violation of family and bankruptcy law Appellant Maryann Castro did not know Appellee Manuel Castro had the subject property 1501 Olive in active bankruptcy and was not making the home mortgage payments.

A) APPELLEE MANUEL CASTRO FILED BANKRUPTCY WITHOUT NOTIFYING THE COURT OR APPROVAL OF THE COURT AND DID NOT NOTIFY APPELLANT MARYANN CASTRO THE BANKRUPTCY APPELLEE MANUEL CASTRO FILED WAS ACTIVE ON OCT 30 ,2013 AND STAY LIFT NOT FILED OR APPROVED BY THE BANKRUPTCY COURT IN ORDER TO PROCEED IN THE DIVORCE APPELLEE MANUEL CASTRO WAS ADVISED BY THE TRUSTEE AND HE DID NOT NOTIFY THE COURT AND STILL PROCEEDED TO HARM APPELLANT MARYANN CASTRO AND ~~NOT~~ THE COURT Did not KNOW THE TRUTH ON OCT 30,2013 NOR Mary Ann CASTRO Appellant APPELLEE MANUEL CASTRO HAD NOT PAYED THE HOMEMORTGAGE HAD UNPAID ARREARS AND IN HIS BANKRUPTCY PLAN THAT WAS BEING PAYROLL DEDUCTED IN THE PLAN THE MORTGAGE HAD TO BE PAID TOO AND THAT WAS NOT BEING PAID HIS COUNSEL JOSEPH APPELT LIED TO ALL JUDGES IN PRESIDING SAYING IT WAS DISCUSSED AND NOTED IT NEVER WAS APPELLEE MANUEL CASTRO AGREED TO PAY THE MORTGAGE ON OR ABOUT OCT 2011 WHEN THE ACTUAL FILING FOR DIVORCE BEGAN AND IT WAS TO BE PAID IN HIS BANKRUPTCY PLAN AND HE DID NOT FOLLOW THE PLAN HE AGREED TO WHEN HE FILED BANKRUPTCY.

B)

WRIGHT VS WRIGHT NO. 11-07-00169-CV FRAUD ON THE COMMUNITY APPELLEE MANUEL CASTRO WITH COUNSEL JOSEPH APPELT TURNED OVER TO THE COURT A COMPARATIVE MARKET ANALYSIS A REALTORS OPINION TO OVER VALUE THE COMMUNITY 1501 OLIVE AT 125,000 TO GAIN FRAUD EQUITY AT 40,000 WHEN THE COMMUNITY 1501 OLIVE DOES NOT HAVE EQUITY IT HAS ARREARS FROM BANKRUPTCY FILED BY APPELLEE MANUEL CASTRO NONPAYMENTS OF MORTGAGE SEE BSI STATEMENT

IF THE COMMUNITY 1501 OLIVE ST GOES INTO FORECLOSURE THERE WILL BE A NEGETIVE AMOUNT OWED IN THE AMOUNT OF 60,000 APPELLANT MARYANN CASTRO HAS RETAINED ATTORNEY MATTHEW OBREMEIER TO PROTECT HER INTEREST IN THE MARTIAL HOME 1501 OLIVE ST WHERE SHE RESIDES AT HER HOMESTEAD APPELLANT MARYANN CASTRO WAS AWARDED THE HOME ON OCT 30,2013 WITH TERMS BUT DID NOT KNOW THE MARTIAL HOME WAS IN ACTIVE BANKRUPTCY FILED BY APPELLLEE MANUEL CASTRO

COUNSEL JOSEPH APPELT KNEW OF THE BANKRUPTCY AND THAT THE AUTOMATIC STAY LIFT WAS NOT FILED BY APPELLEE MANUEL CASTRO AND TRUSTEE DID ADVISE THIS WAS NEEDED TO BE DONE IN ORDER TO PROCEED IN THE DIVORCE AND IT WAS IGNORED AND NOT DONE COUNSEL JOSEPH APPELLT KNEW THIS AND AS AN OFFICER OF THE COURT STILL PROCEEDED IN THE DIVORCE AND AGREEMENT KNOWNG THE HARM THAT WAS BROUGHT UPON APPELLANT MARYANN CASTRO

WHEN IN BANKRUPTCY THE PERSON WHO FILED HAS TO CLEAR WITH THE COURT TO PROCEED IN DIVORCE AND THIS WAS NOT DONE BY APPELLEE MANUEL CASTRO AND COUNSEL JOSEH APPELLT KNEW THIS AND DID NOT FOLLOW THE TRUSTEE ADVISE ONLY TO HARM APPELLANT MARYANN CASTRO WITH AN AGREEMENT THAT WAS NOT CLEARED THROUGH THE BANKRUPTCY COURT

APPELLEE MANUEL CASTRO OWED A HIGH DOLLAR AMOUNT AND WAS NOT PAYING THE MORTGAGE

THE AGREEMENT IS NOT VALID IT WAS PREPARED UNDER FALSE , MISREPRESENTATION  IT CHANGES EVERTHING  APPELLEE MANUEL CASTRO DID NOT HAVE PERMISSION FROM THE BANKRUPTCY COURT TO PROCEED IN THE AGREEMENT FOR FINAL DIVORCE HIS BANKRUPTCY WAS ACTIVE AND THE COMMUNITY 1501 WAS UNDER THE BANKRUPTCY COURT PROTECTION APPPELLEE MANUEL CASTRO PUT THE MARTIAL HOME IN BANKRUPTCY AND CONSPIRED TO POCKET 40,000 BY OVERVALUING THE COMMUNITY AND NOT PAYING THE HOMEMORTGAGE THE BANKRUPTCY PLAN HE SIGNED UP WHEN HE FILED BANKRUPTCY ON OR ABOUT AUG 2012.THIS EQUITY WAS ZOMBIE MONEY NOT REAL MONEY MARTIAL FRAUD IN THE AMOUNT OF 40,000 CREATE A NEW DIVORCE DECREE IN THE MARTIAL ESTATE CONCONSTITUTE TO A JUST AND RIGHT DIVISION THE COMMUNITY ESTATE DIMINSHED BY MARTIAL FRAUD OVERVALUED WITH A REALTORS OPINION.(Schlueter V.Schlueter,(Tex.1998)

C ) 3rd party MISTRESS NON SPOUSE CHRISTINA PACHECO WHO IS INVOLVED IN THIS LAWSUITE  HAD A REALTOR FRIEND PREPARE THE CMA-REALTORS OPINION TO BE USED IN CIVIL COURT TO HARM APPELLANT MARYANN CASTRO SHOWING REALTORS OPINION TO VALUE THE MARTIAL HOME AT 351,375 Appellee Manuel Castro aided and Sister Leila Silva and Counsel Joseph Appelt. The Comparative Market Analysis- Realtors opinion it states not to be used as an Appraisal and it was Appellant Maryann Castro has a Certified Appraisal showing the Community to be Valued at 225,000 and that is an actual value tax value is the same.

D) APPELLEE MANUEL CASTRO CONSPIRED TO HARM APPELLANT MARYANN CASTRO KNOWING THE CERTIFIED APPRAISAL IS 225,000.AND THAT THERE IS NO EQUITY DUE TO NON PAYMENT OF MORTGAGE INTEREST PENALTIES ATTORNEYS FEES THAT HAVE CAUSED A LOSS IN THE EQUITY OF THE MARTIAL HOME 1501 OLIVE FRAUD WAS ATTEMPTED BY APPELLEE MANUEL CASTRO AND COUNSEL JOSEPH APPELT AND THE NON SPOUSE MISTRESS CHRISTINA PACHECO WHO CONSPIRED TO STEAL 40,000 ON PROPERTY SHE DOES NOT OWN OR HAVE INTEREST IN BY PRESENTING TO THE COURT THE OVERVALUED REALTORS OPINION OVERVALUING THE COMMUNITY AT $125,000 ON THE MARTIAL HOME APPELLEE MANUEL

CASTRO SHARED WITH APPELLANT MARYANN CASTRO KNOWN AS 1501 OLIVE ST. THERE WAS NO REFINACE ALLOWED DUE TO BANKRUPTCY BY APPLEEE MANUEL CASTRO AND UNPAID MORTGAGE CAUSING A NEGETIVE STATUS OF THE ACCOUNT APPELLANT MARYANN CASTRO WAS NEVER NOTIFED OR INFORMED OF NEGETIVE STATUES ON THE HOME MORTGAGE APPELLEE MANUEL CASTRO CAUSED BY NOT PAYING THE HOMEMORTGAGE IF APPELLANT MARYANN CASTRO WOULD OF KNOWN THE TRUTH OF THE STATUS OF THE MORTGAGE APPELLEE MANUEL CASTRO HID FROM THE COURT AND APPELLANT MARYANN CASTRO ON OCT 30,2013 APPELLANT MARYANN CASTRO WOULD OF NEVER SIGNED THE AGREEMENT FOR FINAL DIVORCE ON OCT 30,2013 THIS WAS HIDDEN FROM APPELLANT MARYANN CASTRO APPELLEE MANUEL CASTRO DID THIS TO HARM APPELLANT MARYANN CASTRO CAUSING EXTREME STRESS AND ALMOST LOOSING THE MARTIAL HOME TO FORECLOURE ON JAN 6,2015.

E) BANKRUPTCY PROTECTION  APPELLEE MANUEL CASTRO WAS UNDER ON OCT 30,2013
 SEE STATEMENT FROM THE COURT THE LIFT STAY NEVER FILED BY APPELLEE MANUEL CASTRO AND MORTGAGE PAYMENTS NOT BEING MADE BY APPELLEE MANUEL CASTRO THIS WAS HIDDEN FROM APPELLANT MARYANN CASTRO ON OCT 30,2013
 APPELLANT MARYANN CASTRO PAID FOR STAY LIFT  FOR APPELLEE MANUEL CASTRO UNDER THE ADVISEMENT OF COUNSEL SARAH LISHMAN APPELLEE MANUEL CASTRO SHOULD OF PAID PRIOR TO OCT 30,2013 IN ORDER TO PROCEED IN DIVORCE ON OCT 30,2013  THIS FEE  WAS APPELLEE MANUEL CASTRO RESPONSIBILTY  AND APPELLANT MARYANN CASTRO IS ASKING THE COURT FOR A REFUND HE FILED BANKRUPTCY NOT APPELLANT MARYANN CASTRO SHE PAID IN ORDER TO PROCEED WITH DIVORCE

APPELLANT MARYANN CASTRO DID NOT BREAK ANY LAWS APPELLANT MARYANN CASTRO DID NOT APPELLANT MARYANN CASTRO IS ASKING THE COURT FOR A JUST AND RIGHT DIVORCE DECREE THAT IS CLEAN AND FAIR WITH NO FRAUD
THE DIVORCE PROCESS AND THE AGREEMENT FOR FINAL DIVORCE SHE DID NOT CONSPIRE TO COMMIT FRAUD OR TRY TO STEAL EQUITY ON MORTGAGE THAT WAS OWED APPELLANT MARYANN CASTRO HAS BEEN HONEST WITH THE TRUTH AND FOR OVER A YEAR HAS BEEN TRYING TO PRESENT IT TO THE COURT THIS AGREEMENT HAS CAUSED EXTREME STRESS FINACIAL HARDSHIP ALMOST LOOSING THE MARTIAL HOME DUE TO APPELLEE MANUEL CASTRO DISHONSETY IN THE AGREEMENT FOR FINAL DIVORCE SIGNED OCT 30,2013.

E)
APPELLANT MARYANN CASTRO DID NOT KNOW THE HOME MORTGAGE WAS NOT BEING PAID APPELLANT MARYANN CASTRO DID NOT KNOW APPELLEE MANUEL CASTRO HAD THE MARTIAL HOME IN ACTIVE BANKRUPTCY APPELLEE MANUEL CASTRO AND THE MISTRESS WITH APPELLEE MANUEL CASTRO SISTER DIVERTED MORTGAGE MAIL TO APPELLEE MANUEL CASTRO SISTER LEILA SILVA HICKORY SHAWDOW REMOVED APPELLANT MARYANN CASTRO FROM CONTACT PERSON ON HER OWN HOME MORTGAGE

SEE STATEMENT FROM WELLS FARGO APPELLANT MARYANN CASTRO EVEN RECEIVED PICTURE SHOWING HER NAME BEING REMOVED MISTRESS SENT PICTURE VIA TEXT ON CELL AND APPELLANT MARYANN CASTRO WILL TURN OVER TO THE COURT OF APPEALS UPON REQUEST IF NEEDED

F)

THIS IS WHY THE AGREEMENT FOR FINAL DIVORCE SHOULD BE REPOPENED AND VOIDED MODIFIED AMENDED THERE IS FRAUD MISREPRESENTATION IN WHICH HARMED APPELLANT MARYANN CASTRO WHO HAS BEEN THE ONLY ONE HOLDING ON TO THE MARTIAL HOME 1501 OLIVE IT WAS SCHEDULED FOR FORECLOSURE JAN 6,2015 AND APPELLEE MANUEL CASTRO DID NOT AIDE IN STOPPING FORECLOSURE IT WAS APPELLANT MARYANN CASTRO WHO PREVENTED FORECLOSURE FROM BSI BANK SEE COPY OF FORECLOSURE NOTICE AND EMAIL FROM BSI ATTORNEY WITH APPELLANT MARYANN CASTRO ATTORNEY MATTHEW OBREIMER WHO IS A FORECLOSURE LAW SPECIALIST NOW THE NOTE WAS SOLD TO SN SERVICING CORPORATION AND APPELLANT MARYANN CASTRO HAS FILED FOR A LOAN MODIFICATION TO LOWER THE MORTGAGE AND PUT THE UNPAID ARREARS AT THE END OF THE NOTE DUE TO NON PAYMENT OF MORTGAGE APPELLEE MANUEL CASTRO RISKED THE COMMUNITY 1501 OLIVE TO FORECLOSURE BY NOT PAYING THE MORTGAGE AND BY BEING DISHONEST IN THE AGREEMENT FOR FINAL DIVORCE ON OCT 30,2013 .

G)                                SUMMARY OF ARGUMENT
APPELLEE MANUEL CASTRO ALLOWED FORECLOSURE ON JANUARY 6,2015 BSI FILED TO FORECLOSE IN THE AGREEMENT IT STATES THE FOLLOWING MANUEL CASTRO IS AUTHORIZED TO DO WHAT HE NEEDS TO PREVENT FORECLOSURE OF THE HOME WITHOUT HARMING MARYANN CASTRO INTEREST APPELLEE MANUEL CASTRO DID NOTHING HE COMMENTED YOU WERE PUTTING LIGHTS FOR CHRISTMAS KNOWING FORECLOSURE WAS GOING TO HAPPEN APPELLEE MANUEL CASTRO SAID THE FOLLOWING I WAS GOING TO CRY APPELLANT WAS SHOCKED TO HEAR THIS REMARK FROM APPELLEE MANUEL CASTRO WHO IS GAINFULLY EMPLOYEED MAKES 21 HOURLY AND WORKS OVERTIME APPELLEE MANUEL CASTRO DID NOT OFFER TO STOP FORECLOSURE OR TO REFUND APPELLANT MARYANN CASTRO HIS SHARE TO STOP FORECLOSURE APPELLANT MARYANN CASTRO BORROWED 3500 TO STOP FORECLOSURE SEE COPY OF CHECK AND WANTS TO BE REFUNDED APPELLEE MANUEL CASTRO DID NOTHING TO PROTECT HIS INTEREST IN THE MARTIAL HOME 1501 OLIVE ST IT WAS APPELLANT MARYANN CASTRO WHO CARRIED THE EXPENSE AND IS REQUESTING A REFUND FROM THE COURTS APPELLEE MANUEL CASTRO WAS TO HAVE PREVENTED THE FORECLOSURE AND HE DID NOTHING.
APPELLANT MARYANN CASTRO HAS REPAID THE LOAN AND WANTS TO BE REIMBURSED THE 3500 SHE IS NOT EMPLOYEED SHE HAD TO SEEK EMPLOYMENT DUE TO APPELLEE MANUEL CASTRO NOT SUPPORTING HER INSTEAD APPELLEE MANUEL CASTRO USED THE COMMUNITY FUNDS TO SUPPORT HIS AFFAIR WITH MISTRESS CHRISTINA PACHECO IF APPELLANT MANUEL CAN AFFORD TO PAY FOR HIS MISTRESS THEN HE SHOULD PAY ALIMONY FOR APPELLANT MARYANN CASTRO FOR SHE WAS LEGALLY MARRIED TO APPELLEE MANUEL CASTRO FOR 29

YEARS AND IS THE DISABLED SPOUSE WITHIN THE MARRIAGE HER DISABILTY DOLLAR AMOUNT HAS DROPPED DUE TO HER TIME BEING EMPLOYEED AND THIS HARMED HER FINANCIALLY APPELLEE MANUEL CASTRO DUTY WAS TO APPELLANT MARYANN CASTRO AND HE HAS NOT FINANCIALLY SUPPORTED HER THROUGH THE PROCESS OF DIVORCE WHICH WAS TO PAY THE MORTGAGE PAYMENT AND HE DID NOT INSTEAD PAID FOR HIS EXTRA MARTIAL AFFAIR WITH THE NON SPOUSE MISTRESS CHRISTINA PACHECO.

APPELLANT MARYANN CASTRO DOES NOT HAVE A CATERING BUSINESS AS COUNSEL JOSEPH APPELT HAD ATTACKED HER IN CONTESTING HER AFFIDAVIT OF INDIGENCY

APPELLEE MANUEL CASTRO KNEW OF APPELLANT MARYANN CASTRO DISABILTY NOW AND DURING THE MARRIAGE HIS COMMENTS ARE YOU CAN WORK AND SHE CAN'T SHE IS UNDER DOCTOR CARE AND HER DISABILTY FUNDS HAVE BEEN LOWERED DUE TO BEING EMPLOYED APPELLANT MARYANN CASTRO WAS EMPLOYEED ONLY TO SUPPORT THE COMMUNITY 1501 OLIVE APPELLEE MANUEL CASTRO PUT IN BANKRUPTCY AND HAD NOT SUPPORTED THE DEBTS OWED IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO AND SUPPORT THE COST OF LIVING NEEDS OF THE DISABLED SPOUSE APPELLANT MARYANN CASTRO

APPELLEE MANUEL CASTRO HAD NOT SUPPORT APPELLANT MARYANN CASTRO DURING THE PROCESS OF DIVORCE AND ON THE FINAL DIVORCE AGREEMENT OCT 30 ,2013

APPELLANT MARYANN CASTRO SHOULD HAVE BEEN AWARDED ALIMONY SHE DID NOT GIVE UP HER RIGHT S COUNSEL JOSEPH APPELT TAMPERED WITH THE AGREEMENT THE ORIGINAL WAS NEVER FILED AND THERE WAS NO RECORD THAT'S WHY HE WAS PUSHING TO ENFORCE THE AGREEMENT KNOWING THE FRAUD HE CONSPIRED WITH AND TAMPERED WITH THE AGREEMENT FOR FINAL DIVORCE

APPELLANT MARYANN CASTRO HAS BEEN CHALLENGING THE AGREEMENT FOR OVER A YEAR AND A HALF AND THE ~~NOW~~ BEING PRESENTED TO APPEALS COURT THE EVIDENCE THAT SHOWS THE TRUTH AS TO WHY THE DIVORCE SHOULD BE REOPEND AND REWRITTEN TO A JUST AND RIGHT DIVORCE DECREE ALL COUNSEL JOSEPH APPPELT DID WAS PREVENT THE TRUTH FROM BEING SPOKEN IN COURT AND COST APPELLANT MARYANN CASTRO 20,000 IN ATTORNEY FEES AND APPPELLANT MARYANN CASTRO IS ASKING THE COUURT TO REFUND HER DUE TO THE DISHONESTY OF APPELLEE MANUEL CASTRO AND COUNSEL JOSEPH APPELT AND 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO.

THAT IS WHY APPELLANT MARYANN CASTRO HAS THIS CASE IN APPEALS COURT FOR THE TRUTH TO BE HEARD PRESENTED AND RULED WITH A JUST AND RIGHT DIVORCE DECREE NOT THE FRAUD CONSPIRACY HIDING MARTIAL ASSETS TAMPERING WITH THE AGREEMENT FOR FINAL DIVORCE THAT WAS COVERED UP ON OCT 30, 2013

COUNSEL JOSEPH APPELT ENFORCED THE AGREEMENT KNOWING APPELLANT MARYANN CASTRO WAS CHALLENGING THE AGREEMENT HE TAMPERED WITH AND JUDGE BARBRA NELLERMOC KNEW APPELLANT MARYANN CASTRO WAS IN COURT TO SPEAK ON HER RIGHT TO PROTECT HER INTEREST AND LIFE IN THE AGREEMENT FOR FINAL DIVORCE ALLOWED PREJUDICE ONLY LISTENED TO COUNSEL JOSEPH APPELT WHO IS KNOWN FOR NOT ABIDING BY THE LAW DID HE NOT RUN FOR JUDGE AND TAMPERED WITH HIS OPPENTS SIGNES WITH

HIS DAUGHTER CAUGHT ON VIDEO COUNSEL JOSEPH APPELT TAMPERED WITH THE LIFE OF APPLELLANT MARYANN CASTRO BY SPEAKING TO JUDGE PRIOR TO COURT BEING DISHONEST THORUGHOUT THE WHOLE PROCESS OF DIVORCE IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO AND THE AGREEMENT FOR FINAL DIVORCE ON OCT 30,2013 HOW IS THAT FAIR FOR APPELLANT MARYANN CASTRO AND COUNSEL SARAH LISHMAN SPEAKING TO JUDGES PRIOR TO COURT APPELLANT MARYANN CASTRO HEARD COUNSEL JOSEPH APPELLT TELL SARAH LISHMAN HE HAD SPOKEN TO JUDGE SALINAS PRIOR TO COURT COUNSEL JOSEPH APPELTWAS ABUSING THE JUDICAL SYSTEM INSTEAD OF ACTING LIKE A PROFESSIONAL OFFICER OF THE COURT HE WAS CONDUCTING HIMSELF IN MISCONDUCT BY CONSPIRING IN FRAUD OVERVALUED COMMUNITY 125,000 FOR HIS CLIENT WITH REALTORS OPINION LEGAL MALPRACTICE PROCESS A DIVORCE IN ACTIVE BANKRUPTCY KNOWING HIS CLIENT HAVE NOT GOTTEN APPROVAL FROM BANKRUPTCY COURT HAD THE COMMUNITY 1501 OLIVE UNDER BANKRUPTCY CLIENT OWED AND HAD NOT MADE THE MORTGAGE PAYMENTS HIDING MARTIAL ASSETS KEOGH PLAN PENSION AND 99 SUBARU AND 95 FLEETWOOD DOUBLEWIDE HE KEPT ATTACKING APPELLANT MARYANN CASTRO IN COURT WHEN HIS CLIENT APPELLEE MANUEL CASTRO WAS COMMITING ADULTERY,FRAUD, TO HARM APPELLANT MARYANN CASTRO.AND THAT IS WHY APPELLANT MARYANN CASTRO IS CONTESTING THE AGREEMENT FOR FINAL DIVORCE AND THAT IS WHY IT SHOULD BE MODIFIED APPELLANT MARYANN CASTRO WAS HARMED.

H) HIDING MARTIAL ASSETS A KEOGH PLAN PENSION 99 SUBARU AND THE 95 FLEETWOOD THE FOLLOWING INFORMATION WAS WITHHELD FROM APPELLANT MARYANN CASTRO SHE DID NOT GIVE UP HER RIGHTS TO THESE MARTIAL ASSETS.

I)APPELLEE MANUEL CASTRO COUNSEL JOSEPH APPELT SUBMITTED A MOTION TO JUDGE LITTLEJOHN THESE ASSETS WERE HIDDEN FROM APPELLANT MARYANN CASTRO AND SHE WANTS HER RIGHT TO THE KEOGH PLAN PENSION AND THE 99 SUBARU.

J) THE 95 FLEETWOOD DOUBLEWIDE MOBILE HOME APPELLEE MANUEL CASTRO MISTRESS CHRISTINA PACHECO WERE COMMITING FRAUD WITH THIS ASSET THAT WAS IN THE MARRIAGE OF MANUEL CASTRO AND MARYANN CASTRO SENT TEXT TO APPELLANT MARYANN CASTRO SAYING THE MOBILE HOME WAS SOLD TO THE HERNANDEZ FOR 7000 BY GREENTREE AND THAT THERE WAS A TITTLE TRANSFER NO PAPER WORK . SEE TEXT That WAS A lie

K) APPELLEE MANUEL CASTRO SURRENERED HIS INTEREST ITS LISTED AS EXEMPTED DEBT IN THE AMOUNT OF 15,445.93 LISTED IN SECTION E BANKRUPTCY OF APPELLEE MANUEL CASTRO AND THIS WAS VERIFIED BY THE DAIVIS LAW FIRM APPELLANT MARYANN CASTRO ARGUED THE DEBT WITH GREENTREE THE DEBT WAS OWED BY APPELLEE MANUEL CASTRO AND MARYANN CASTRO AND WHY DID APPELLANT MARYANN CASTRO GET A 1099 IN HER NAME DEBT WRITTEN OFF TO HER SOCIAL SECUITY NUMBER IT WAS SETTLED FOR 7000 AND IT WAS NOT SOLD TO THE HERNANDEZ IT'S A MARTIAL ASSET AND APPELLANT MARYANN CASTRO DID NOT GIVE UP HER RIGHT TO THIS ASSET AND DID NOT KNOW THE DEBT WAS SETTLED AND WRITTEN OFF IN HER

NAME ONLY THIS WAS DONE WITHOUT HER CONCENT APPELLANT MARYANN CASTRO WAS TOLD THERE WAS A NOTE NOT TO BE CONTACTED WHO SET THAT UP REAMAINS UNKNOWN.

L)APPELLANT MARYANN CASTRO CALLED THE DAVIS LAW FIRM HOW CAN APPELLEE MANUEL CASTRO SURRENDER A MARTIAL ASSET WHEN IT'S A DEBT OWED BY BOTH AND PART OF THE DIVORCE AND IT DOES SAY NOT TO MAKE ANY ACCOUNT CHANGES WHILE IN PROCESS OF DIVORCE APPELLANT MARYANN CASTRO WAS TOLD HE CAN?HOW? THE COURT WAS NOT NOTIFIED NOR WAS APPELLANT MARYANN CASTRO LAWS BROKEN TO HARM APPELLANT MARYANN CASTRO ?HOW IS THAT JUSTICE? APPELLEE MANUEL CASTRO AND THE NON SPOUSE MISTRESS WERE CHANGING ACCOUNT MATTERS PUTTING THE DEBT ACCURED IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO ON APPELLANT MARYANN CASTRO THE DEBT OF THE MOBILE HOME WAS SETTLED WITH GREENTREE FOR 7000 AND WRITTEN OFF IN APPELLANT MARYANN CASTRO NAME SOCIAL SECURITY THE 1099 SHE RECIVED FOR 2014 THE NOTE WAS NOT SOLD TO THE HERNANDEZ ONLY AS RENT TO OWN WITH TERMS AND THEY HAVE NOT PAID OR FOLLOWED AGREEMENT SEE COPY APPELLANT MARYANN CASTRO HAS SENT THE HERNANDEZ PARTY IN SOMMERSET TEXAS A NOTICE TO PAY THERE ARE TWO TAX LEINS 2013,2014 FILED AGAINST THE 95 FLEETWOOD IN ATASCOSA COUNTY AND THERE IS NO TITTLE TRANSFER THE 95 FLEETWOOD IS OWED TO APPELLANT MARYANN CASTRO AND SHE HAS SUBMITTED TO THE COURT IN BEXAR COUNTY THE PROOF AND HAS SUBMITTED TO THE HERNANDEZ 30 DAY NOTICE TO PAY OR REPOSSESSION WILL TAKE PLACE APPELLANT MARYANN CASTRO IS NEEDING THE HELP OF THE COURT TO GRANT APPELLANT MARYANN CASTRO THE PERMISSION AND IS NEEDING ALIMONY TO PAY THE UNPAID TAXES SEE COPY SHE CANNOT PAY THE DEBTS OWED BY APPELLEE MANUEL CASTRO APPELLANT MARYANN CASTRO IS DISABLED AND ON A FIX INCOME SEE SOCIAL SECURITY STATEMENT

M) THERE ARE TAXES THAT NEED TO BE PAID APPELLEE MANUEL CASTRO OWES TO THE MOBILE HOME AND TO THE COMMUNITY AT 1501 OLIVE SHE HAS TRIED TO COMMUNITCATE WITH APPELLEE MANUEL CASTRO ABOUT THESE MATTERS AND HE REFUSES TO SUPPORT KNOWING THE COUNTY OF ATASCOSA CAN LEGALLY ENFORCE AND NOTICES HAVE BEEN SENT TO ENFORCE ON THE COMMUNITY APPELLANT MARYANN CASTRO HAS BEEN PAYING MONTHLY THE TAXES THAT ARE OWED BY BOTH APPELLEE MANUEL CASTRO NEEDS THE ALIMONY SUPPORT OF APPELLEE MANUEL CASTRO TO APPELLANT MARYANN CASTRO IS DISABLED AND NOT EMPLOYED APPELLANT MARYANN CASTRO CURRENTLY UNDER DOCTORS CARE.

M) <u>FRAUD ON THE COMMUNITY AND MARTIAL ASSET</u>
A FIDUCIARY DUTY EXISTS BETWEEN THE SPOUSES REGARDING THE COMMUNITY PROPERTY AND APPELLEE MANUEL CASTRO DID CONSPIRE TO COMMIT FRAUD WITH THE AIDE OF HIS MISTRESS NON SPOUSE CHRISTINA PACHECO BY PRESENTING TO THE COURT A FALSIFIED COMPARTIVE MARKET ANALYSIS REALTORS OPINION AND IT SAYS NOT TO BE USED AS AN APPRAISAL IT'S A REALTORS OPINION AND IT WAS USED TO TRY TO FALSELY GAIN FRAUD EQUITY IN THE AMOUNT OF 125,000 TO POCKET 40,000 WHEN THE HOME CERTIFIED VALUE IS 225,000 NOT THE REALTORS OPINION PRESENTED ON OCT 30,2013 THE REALTORS OPINION IS 351,375 THERE ARE ONLY 3 HOMES IN THE AREA AND APPELLEE MANUEL CASTRO KNEW THIS

AND KNEW THE REALTORS OPINION SET UP BY HIS MISTRESS CHRISTINA PACHECO WAS INCORRECT APPELLEE MANUEL CASTRO DID THIS TO HARM APPELLANT MARYANN CASTRO AND IT DID MISREPRESENTING THE COMMUNITY VALUE USING A REALTORS OPINION INSTEAD OF APPELLANT MARYANN CASTRO CERTIFIED APPRAISAL 225,000 A FIDUCIARY DUTY EXISTS BETWEEN THE SPOUSES AND APPELLEE MANUEL CASTRO WAS ALLOWING THE MISTRESS TO HARM APPELLANT MARYANN CASTRO WITH THE REALTORS OPINION BY BEING DISHONEST IN OVERVALUING THE COMMUNITY 1501 OLIVE ST 125,000 THE MARTIAL PROPERTY THAT WAS SHARED BETWEEN APPELLEE MANUEL CASTRO AND APPELLANT MARYANN CASTRO.( IN THE MARRIAGE OF MOORE 890.SW 2D 821,827,TEX-APP-AMARILLO 1994 NO WRIT)IT IS CONSTRUCTIVELY FRAUD WHEN ONE SPOUSE DISPOSE OF THE OTHER SPOUSE INTEREST IN THE COMMUNITY WITHOUT THE CONCENT OF THE OTHER SPOUSE APPELLEE MANUEL CASTRO MISTRESS SENT TEXT TO APPELLANT MARYANN CASTRO SAYING

N)THE FOLLOWING TEXT WAS SENT TO APPELLANT MARYANN CASTRO BY 3RD PARTY NON SPOUSE CHRISTINA PACHECO GREENTREE SOLD HERNANDEZ MOBILE HOME FOR 7000 AND TITLE TRANSFER NO PAPERWORK THIS WAS A LIE APPELLANT MARYANN CASTRO JUST DISCOVERED THE TRUTH 6/2015 THE 3RD PARTY NONSPOUSE MISTRESS CHRISTINA PACHECO KEPT SENDING TEXT MESSAGES TO APPELLANT MARYANN CASTRO PRETENDING TO BE APPELLEE MANUEL CASTRO SELL THE HOME THAT WAS SHARED BY APPELLEE MANUEL CASTRO AND APPELLANT MARYANN CASTRO 3RD PARTY NONSPOUSE MISTRESS CHRISTINA PACHECO CONSPIRED TO DISPOSE A MARTIAL ASSET THAT DID NOT BELONG TO HER VALUED AT ALMOST 20,000 SEE TAX VALUE AND WAS TRYING TO SELL APPELLANT MARYANN CASTRO MARTIAL HOME BY USING HER AFFAIR WITH APPELLEE MANUEL CASTRO AND COMMUNICATING WITH COUNSEL JOSEPH APPELT WHO FILED A MOTION TO ENFORCE SELL BY ENFORCING A REALTOR WHO SET UP THE FRAUD IN OVERVALUING THE COMMUNITY AT OVER 125,000 IT WAS DENIED WITH DISRESPECT TO APPELLANT MARYANN CASTRO SHE WAS DISPOSING ATTEMPTING TO DISPOSE AN ASSET THAT HAS VALUE AND THE MARTIAL HOME 1501 OLIVE APPELLANT MARYANN CASTRO SHARED WITH APPELLEE MANUEL CASTRO THE 3RD PARTY MISTRESS WAS CONSPIRING TO STEAL,40,000 WITH APPELLEE MANUEL CASTRO AIDING

0)ATASCOSA COUNTY HAS A TAX LEIN 2013,2014 TOTAL DUE 734.71 ON THE 95 FLEETWOOD DOUBLEWIDE SEE COPY .APPELLANT MARYANN CASTRO HAS MADE CONTACT WITH THE URBAN HOUSING AND DEVELOPMENT TO ASSURE THE TITTLE HAD NOT BEEN TAMPERED WITH AND IT HAS NOT IT WILL NOT BE RELEASED TO ANYONE OTHER THAT APPELLANT MARYANN CASTRO AND THE TITTLE WILL NOT BE RELEASED UNTIL THE TAXES ARE PAID 2013,2014 AND THEREFORE HAVE TWO LEINS AS OF 6/14/2015 APPELLEE MANUEL CASTRO HAS BEEN NOTIFIED APPELLANT MARYANN CASTRO NEEDS TO ALIMONY TO MAINTAIN HER COST OF LIVING IT WAS APPELLEE MANUEL CASTRO WHO COMMITED ADULTERY, AND FRAUD AND HAS NOT SUPPORTED APPELLANT MARYANN CASTRO OR THE DEBT THAT OCCURRED IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO APPELLANT MARYANN CASTRO IS DISABLED AND CANNOT SUPPORT THE MARTIAL DEBTS OCCURRED IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO BY HERSELF APPELLEE MANUEL CASTRO MAKES MORE

MONEY THAN APPELLANT MARYANN CASTRO APPELLEE MANUEL CASTRO DID CAUSE THE MARTIAL DEBTS TOO AND SHOULD BE HELD LIABLE LIKE THE UNPAID MORTGAGE HE FAILED TO PAY THAT WAS TO BE PAID TO SUPPORT APPELLANT MARYANN CASTRO INSTEAD HE USED THE COMMUNITY FUNDS TO SUPPORT HIS EXTRA MARTIAL AFFAIR WITH 3RD PARTY MISTRESS NON SPOUSE CHRISTINA PACHECO SEE TEXT SENT TO APPELLANT MARYANN CASTRO BY THE 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO NO WORK NO MONEY NO HOUSE PAYMENT COURT OR NOT SORRY NOW IS THAT NOT DISRESPECTING THE COURT AND THE SPOUSE OF APPELLEE MANUEL CASTRO THE PAYMENTS WERE COURT ORDER AND APPELLEE MANUEL CASTRO WAS AIDING THE 3RD PARTY MISTRESS CHRISTINA PACHECO IN FRAUD,DISPOSING A MARTIAL ASSET,HIDING MARTIAL ASSETS, AND HARRASSING APPELLANT MARYANN CASTRO ONLY TO HARM HER. APPELLANT MARYANN CASTRO IS ASKING THE COURT TO REFUND HER FOR THE UNPAID MORTGAGE THAT APPELLEE MANUEL CASTRO DID NOT PAY THAT WAS SUPPORT FOR APPELLANT MARYANN CASTRO SEE BSI STATEMENT APPELLEE MANUEL CASTRO MISTRESS CHRISTINA PACHECO ATTEMPTED TO DISPOSE THIS MARTIAL ASSET THAT HAS INTEREST TO APPELLANT MARYANN CASTRO AND IS A MARTIAL ASSET THIS WAS DONE TO HARM APPELLANT MARYANN CASTRO.

P)JOHNSON CONTROL RETIREMENT AND ALIMONY.APPELLANT MARYANN CASTRO DID NOT GIVE UP HER RIGHT TO ALIMONY AND THE MARTIAL ASSET JOHNSON CONTROL RETIREMENT IN THE AMOUNT OF 11,000 AND IS REQUSTING THE APPEALS COURT FOR 10,000 FOR THE MORTGAGE

ALIMONY FOR SUPPORT IN THE AMOUNT OF 1500 MONTHLY TO BE PAYROLL DEDUCTED WEEKLY IN THE AMOUNT OF 375 APPELLANT MARYANN CASTRO IS DISABLED AND WAS THE SPOUSE OF APPELLEE MANUEL CASTRO FOR 29 (years) COUNSEL JOSEPH APPELT TAMPERED WITH THE AGREEMENT TO CAUSE HARM TO APPELLANT MARYANN CASTRO THE AGREEMENT FOR FINAL DIVORCE SIGNED OCT 30,2013 AND THAT IS WHY THE AGREEMENT FOR FINAL DIVORCE NEEDS TO BE REOPENED AND MODIFIED APPELLEE MANUEL CASTRO AND COUSEL JOSEPH APPELT AND 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO DID HARM APPELLANT MARYANN CASTRO WITH FRAUD.

TX Plates CDD 8703 — 99 SUBARU APPELLANT MARYANN CASTRO DID NOT GIVE UP HER RIGHT TO THIS MARTIAL ASSET ITS NOT EVEN IN THE AGREEMENT FOR FINAL DIVORCE IT WAS HIDDEN FROM HER AND IS ASKING THE COURT TO RETURN THE 99 SUBARUTO APPELLANT MARYANN CASTRO APPELLEE MANUEL CASTRO WAS GIVEN A 99 FORD COUNTOUR AND STATES THE FOLLOWING IT WAS STOLEN OR BROKEN IN MEDIATION SHE WAS TOLD THIS AND NO POLICE REPORT FILED CAUSING A LOSS IN A MARTIAL ASSET AND DID NOT NOTIFY THE POLICE BUT THE MISTRESS WAS SENDING TEXT TO APPELLANT MARYANN CASTRO FOR TITTLE APPELLANT MARYANN CASTRO NEVER HANDED THE MISTRESS THE TITTLE WHO WAS PRETENIDING TO BE APPELLEE MANUEL CASTRO THE 99 COUNTOUR WAS SOLD TO PAY FOR THE MISTRESS DIVORCE APPELLLEE MANUEL CASTRO AIDED HER IN STEALING FROM APPELLANT MARYANN CASTRO.

KEOGH PLAN PENSION APPELLANT MARYANN CASTRO DID NOT GIVE UP HER RIGHT TO THIS ASSET THAT WAS HIDDEN FROM HER ITS NOT EVEN IN THE AGREEMENT FOR FINAL DIVORCE APPELLANT MARYANN CASTRO WANTS HER SHARE SHE IS ENTITLED TO.

Q)

DEBTS THAT OCCURRED WITHIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO APPELLANT MARYANN CASTRO PRAYS FOR THE COURT TO GRANT HER 1500 ALIMONY THE SUPPORT THAT IS NEEDED TO MAINTAIN A COST OF LIVING APPELLANT IS DISABLED AND BECAME DISABLED WITHIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO 29 YEARS AND PREJUDICE WAS BROUGHT UPON HER DISABILITY RIGHTS AS A DISABLED SPOUSE IN A MARRIAGE THAT EXCEEDED IN OVER 10 YEARS AND ENDED DUE TO APPELLEE MANUEL CASTRO CARRYING AN EXTRA MARTIAL AFFAIR WITH 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO LISTED IN THIS LAWSUITE IN THE AGREEMENT FOR FINAL DIVORCE APPELLANT MARYANN CASTRO SOCIAL SECURITY HAS DROPPED TO DUE THE NONSUPPORT OF APPELLEE MANUEL CASTRO WHERE SHE HAS BEEN THE ONLY ONE SUPPORTING THE MARTIAL HOME PREVENTING FORECLOSURE FROM THE BANK AND THE ATACOSA TAX OFFICE BY FUNDING THE EXPENSE THAT APPELLEE MANUEL CASTRO IGNORES AND REFUSES TO PAY AND SUPPORT A DEBT THAT WAS CAUSED BY HIS DISHONESTY IN THE AGREEMENT FOR FINAL DIVORCE SIGNED OCT 30, 2013.

BREACH OF FIDUCIARY DUTY BY FRAUD SEPT 1, 2011 THE TEXAS LEGISLATURE ADDED7.009 TO THE TEXAS FAMILY CODE WHICH MANDATES COURTS TO RECONSTITUTE THE COMMUNITY ESTATE UPON FINDING FRAUD. IN ADDITION, ACTS BY EITHER SPOUSE RESULTING IN EXCESSIVE OR ABNORMAL EXPENDITURES,DESTRUCTION, CONCEALMENT,OR FRAUDULENT DISPOSITION OF COMMUNITY PROPERTY, JOINT TENANCY, OR OTHER PROPERTY HELD IN COMMON IS A FACTOR FOR A COURT TO CONSIDER IN AWARDING SPOUSAL MAINTENCE.

WHAT CONSTITUTES FRAUD A. SPRICK V. SPRICK ,25 S.W. 3D 7(TEX.APP-EL PASO 1999,PET.DENIED)COMMUNITY FUNDS EXPENDED ON PARAMOURS

MATERIAL THAT WAS MISREPRESENTED ACTUAL FRAUD STONEV. LAWYERS TITLE INSURANCE CORP., 554 S.W.2D 183,185(TEX 1977)

A BREACH OF FIDUCIARY DUTY IS FREQUENTLY TERMED AS FRAUD ON THE COMMUNITY IN RE MARRIAGE OF MOORE, 890 S.E.2D 821,827(TEX.APP-AMARILLO 1994,NO WRIT) CONSTRUCTIVE FRAUD INCLUDES ACTIONS OF ONE SPOUSE UNFAIRLY DISPOSING OF OR ENCUMBERING THE OTHER SPOUSE INTEREST IN COMMUNITY PROPERTY OR UNFAIRLY INCURRING COMMUNITY INDEBTNESS WITHOUT THE OTHER SPOUSES KNOWLEDGE OR CONCENT. MASSEY V.MASSEY,807 S.W. 2D 391,402(TEX.APP-HOUSTON[1ST DISTRICT]1991)WRIT DENIED,867 S.W. 2D 766(TEX.1993)CONFIDENCES THAT EXIST AS A RESULT OF THE MARRIAGE.ID.AT 827.

<u>THE FOLLOWING DEBTS OCCURRED IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO</u>

MORTGAGE UNPAID ARREARS SEE BSI STATEMENT- SEE STATEMENT

APPELLEE MANUEL CASTRO OWES THE DEBT AND CAUSED THE DEBT TO EXCEED DUE TO HIS DISHONESTY.

TAXES

95 FLEETWOOD 2013,378.81 2014 355.90 SEE STATEMENT

1501 OLIVE MARTIAL HOME BALANCE FOR 2013-$725 SEE STATEMENT APPELLANT MARYANN CASTRO PAID 900 DID NOT KNOW TAXES WERE NOT BEING PAID AND DID NOTIFY APPELLEE MANUEL CASTRO.

ATTORNEY FEES COST 20,000 IN 3 YEARS APPELLANT MARYANN CASTRO HAS PAID FOR APPELLEE MANUEL CASTRO DISHONESTY AND EXTRA MARTIAL AFFAIR PRAYS FOR THE COURT TO REFUND HER FOR IT WAS MANUEL CASTRO WHO COMMITED FRAUD AND ADULTERY WITH THE 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO APPELLANT MARYANN IS NOT EMPLOYED AND HAS DISABILTY INCOME IN THE AMOUNT OF 854 MONTHLY AND PRAYS THE COURT TO GRANT HER ALIMONY SPOUSAL MAINTENCE IN THE AMOUNT OF 1500 MONTHLY.

STUDENT LOAN DEBT IN THE AMOUNT OF 35,000 THIS WAS USED WITHIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO AND IS INDEFFERMENT SEE COPY

TOTAL DEBT AS OF JUNE 16,2015 TOTALS TO THE AMOUNT OF 116,459.71 APPELLANT MARYANN CASTRO NEEDS THE SUPPORT OF APPELLEE MANUEL CASTRO APPELLEE MANUEL CASTRO HAS CAUSED THIS DEBT AND HAS NOT SUPPORTED THE COMMUNITY IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO THAT ENDED WHEN HE BEGAN HIS EXTRA MARTIAL AFFAIR ON OR ABOUT JULY 3,2011 AND HAS BEEN USING THE COMMUNITY FUNDS TO FUND HIS EXTRA MARTIAL AFFAIR WITH 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO.APPELLANT MARYANN CASTRO PRAYS FOR THE COURT TO GRANT HER SUPPORT ALIMONY IN THE AMOUNT OF 1500 MONTHLY TO BE PAYROLL DEDUCTED WEEKLY APPELLEE MANUEL CASTRO HAD A FIDUCIARY DUTY TO APPELLANT MARYANN CASTRO AND APPELLEE MANUEL CASTRO COMMITED CONSTRUCTIVE FRAUD TO DECEIVE APPELLANT MARYANN CASTRO AND VIOLATED THE CONFIDENCE TO INJURE APPELLANT MARYANN CASTRO.

RELIEF FROM AGREEMENT

THE PURPOSE WAS TO DEFRAUD APPELLANT MARYANN CASTRO OUT OF THE FOLLOWING HER HOMESTEAD THE MARTIAL HOME SHE HAS RESIDED AT SINCE 1995 APPELLEE MANUEL CASTRO AND COUNSEL JOSEPH APPELT KNEW THE COMMUNITY WAS IN JEPORDY OF FORCLOSURE AND HAD THE MARTIAL HOME IN ACTIVE BANKRUPTCY ON OCT 30,2013.CHANGE OF ADDRESS REMOVE APPELLANT MARYANN CASTRO NAME FROM CONTACT PERSON WELLS FARGO NOTIFIED APPELLANT MARYANN CASTRO THAT CHRISTINA PACHECO HAD TOLD THEM THE FOLLOWING REMOVE APPELLANT MARYANN CASTRO NAME APPELLEE MANUEL CASTRO DIVORCE HER AND THIS WAS WHEN APPELLANT MARYANN CASTRO HAD BEEN IN CONTACT WITH BANK CHECKING STATUS OF A LOAN MODIFICATION TO LOWER MORTGAGE PAYMENT IT WAS 1789.45 AND WHEN APPELLANT MARYANN CASTRO

WAS NOTIFIED SHE WAS TOLD THAT THE REPRESENATIVE DESIREE DID TELL CHRISTINA PACHECO APPELLANT MARYANN CASTRO NEEDS TO SEND IN A LETTER OF REQUEST DESIREE WAS THE CONTACT PERSON THIS WAS DONE ABOUT 8/2012 AND THE NON SPOUSE MISTRESS CHRISTINA PACHECO SENT PICTURE TO APPELLANT MARYANN CASTRO VIA PICTURE SHOWING HER NAME REMOVED AND SENT NOTICE TO WELLSFARGO FORGING APPELLANT MARYANN CASTRO NAME AND APPELLEE MANUEL CASTRO NAME AND MAIL FOWARDED TO APPELLEE MANUEL CASTRO SISTER LEILA SILVA OF ELMINDORF WHO ALSO WAS INVOLVED IN HARMING APPELLANT MARYANN CASTRO OF HER INTEREST IN THE MARTIAL HOME 1502 OLIVE.

THE NON SPOUSE MISTRESS ALSO SENT TEXT TO APPELLANT MARYANN CASTRO QUESTIONING HER ABOUT DOCUMENT IS NEEDED FOR MODIFICATION BY BSI SEE TEXT ALSO CALLING HER NASTY NAMES THE MISTRESS CHRISTINA PACHECO CONSPIRED TO COMMIT FRAUD OF PROPERTY THAT IS IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO TO CAUSE HARM TO APPELLANT MARYANN CASTRO WITH THE AIDE OF APPELLEE MANUEL CASTRO WHO ALLOWED THIS TO INTENTIONALLY HARM APPELLANT MARYANN CASTRO WITH FRAUD.

APPELLEE MANUEL CASTRO MISTRESS CHRISTINA PACHECO HAS NO INTEREST IN ANY OF THE ASSETS, MARTIAL HOME 1501 OLIVE, 95 FLEETWOOD MOBILE JOHNSON CONTROL AND KEOGH RETIREMENT AND 99 SUBARU THAT WAS IN THE MARRIAGE OF MANUEL AND MARYANN CASTRO THE MISTRESS HAS CONSPIRED IN FRAUD, THEFT, FORGERY, MAILFRAUD AND APPELLEE MANUEL CASTRO AIDED IN CRUELTY TO HARM APPELLANT MARYANN CASTRO DUE TO HIS EXTRA MARTIAL AFFAIR WITH CHRISITNA PACHECO FOR IT WAS APPELLEE MANUEL CASTRO WHO COMMITED ADULTERY.

APPELLEE MANUEL CASTRO PUT THE COMMUNITY IN BANKRUPTCY WITH THE RISK OF FORECLOSURE KNOWING HE WAS NOT MAKING THE MORTGAGE PAYMENTS AND JEPORADIZING THE INTERST OF APPELLANT MARYANN CASTRO TO HARM HER ON JAN 6,2015 APPELLANT MARYANN CASTRO STOPPED FORECLOSURE FROM BSI APPELLEE MANUEL CASTRO DID NOTHING HE WAS GOING TO ALLOW FORECLOSURE KNOWING APPELLANT MARYANN CASTRO INTERST WOULD BE JEPORADIZE AND WOULD BE HOMELESS BSI BANK LOWERED MORTGAGE TO 1600 BUT WANTED ARREARS ABOUT 45,000 SEE EMAIL FROM ATTORNEY MATTHEW OBREMIER WHO HAS BEEN RETAINED TO PROTECT APPELLANT MARYANN CASTRO INTERST IN THE MARTIAL HOME THAT SHE SHARED WITH APPELLEE MANUEL CASTRO BSI BANK SOLD NOTE TO SN SERVICING AND APPELLANT MARYANN CASTRO HAS SUBMITTED A LOAN MODIFICATION APPLICATION TO LOWER THE MORTGAGE AS OF NOW ITS 1600 APPELLANT MARYANN CASTRO IS NEEDING ALIMONY SUPPORT BY APPELLEE MANUEL CASTRO THAT SHOULD HAVE BEEN ENTERED OCT 30, 2013

APPELLANT MARYANN CASTRO INTEREST IS STILL AT RISK DUE TO NON PAYMENT OF MORTGAGE PRIOR TO APPELLANT, MARYANN CASTRO BEING AWARDED THE MARTIAL HOME 1501 OLIVE APPELLEE MANUEL CASTRO HAD THE HOME IN ACTIVE BANKRUPTCY AND WAS NOT PAYING THE MORTGAGE APPELLEE MANUEL CASTRO WAS PUTTING THE UNPAID DEBT HE WAS TO HAVE PAID ON APPELLANT MARYANN CASTRO BY HIDING FROM THE COURT THE

BANKRUPTCY ACTIVE AND NON PAYMENT OF MORTGAGE AND THIS WAS DONE TO HARM APPELLANT MARYANN CASTRO

APPELLEE MANUEL CASTRO OVERVALUED THE COMMUNITY USING A REALTORS OPINION TO HARM APPELLANT MARYANN CASTRO AND IT DID ALMOST LOOSING THE MARTIAL HOME TO FORECLOSURE ON 1/6/2015 APPELLLANT MARYANN CASTRO HAS DISCUSSED WITH APPELLEE MANUEL CASTRO THE MATTERS OF THE MORTGAGE, TAXES, INSURANCE NEEDING SUPPORT AND HE REFUSES SAYS HE HAS NO MONEY HE IS A WELDER AND MAKES 21 HOURLY WORKS OVERTIME AND OWES A HIGH DOLLAR AMOUNT ON THE MORTGAGE HE DID NOT PAY IT IS A DEBT HE CAUSED BY BEING DISHONEST AND CARRYING AN EXTRA MARTIAL AFFAIR WHEN APPELLEE KNEW IT WAS COURT ORDER TO PAY.

APPELLLEE MANUEL CASTRO HAS BEEN USING THE COMMUNITY FUNDS TO FUND HIS AFFAIR WITH MISTRESS CHRISTINA PACHECO WHO IS EMPLOYED AND HAS A HOME HE HAS BEEN LIVING WITH HER DURING THE MARRIAGE OF MANUEL AND MARYANN CASTRO WHICH ENDED DUE JULY 2011 APPELLEE MANUEL CASTRO COMMITED ADULTERY WITH NON SPOUSE MISTRESS CHRISTINA PACHECO WHO IS PART OF THIS LAWSUITE AND NOT ENTITLED TO ANY MONETARY FUNDS RETIREMENT KEOGH PENSION PLAN JOHNSON CONTROL RETIREMENT ASSETS 95 FLEETWOOD MOBILE HOME,99 SUBARU,1501 OLIVE ST THE MARTIAL HOME WHERE APPELLANT MARYANN CASTRO LIVES AND WAS AWARDED UNDER MISREPRESENTATION THAT HOME WAS BEING PAID AND APPELLEE MANUEL CASTRO HAD THE MARTIAL HOME IN ACTIVE BANKRUPTCY ON THE DAY THE AGREEMENT FOR FINAL DIVORCE WAS SIGNED OCT 30,2013.

THE PRAYER APPELLANT REQUEST

REOPEN THE DIVORCE AGREEMENT AMEND MODIFY REWRITE THE AGREEMENT FOR FINAL DIVORCE TO A JUST AND RIGHT DIVORCE DECREE APPELLANT MARYANN CASTRO WAS HARMED AND THE APPELLANT BRIEF HAS STATES HER REQUEST AND TO INCLUDE 95 FLEETWOOD DOUBLEWIDE A MARTIAL ASSET THAT WAS HIDDEN FROM HER DISCOVERED 6/2015

APPELLANT MARYANN CASTRO PRAYS FOR RELIEF SHE WILL ACCEPT THE AWARD OF THE MARTIAL HOME BUT NEEDS THE SUPPORT OF ALIMONY FOR COST OF LIVING IN THE AMOUNT OF 1500 MONTLY IT WAS APPELLANT MARYANN CASTRO IS THE ONLY WHO HAS PREVENTED FORECLOSURE AND PROTECTED HER INTERST IN THE RESIDENCE 1501 OLIVE WHILE APPELLEE MANUEL CASTRO WAS CARRYING ON HIS EXTRA MARTIAL AFFAIR WITH 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO.

APPELLANT MARYANN CASTRO PRAYS FOR JUSTICE AND THE RELIEF SHE IS ENTITLED TO.

RESPECTFULLY

MARYANN CASTRO PRO-SE APPELLANT
1501 OLIVE
JOURDANTON TEXAS 78026 PACATTITUDE 2014@GMAIL.COM
830-496-0133

SENT 6/16/2015 AND DELIVERED TO APPELLEE MANUEL CASTRO AT 624 W. GOODWIN PLEASANTON TEXAS 78026 BY NATALIE LUGO

CAUSE NO. 2011-CI-15957

In the matter of the marriage of Manuel Castro ~~vs~~ and Mary Ann Castro

Non-Spouse Respondent Tina Pacheco

IN THE DISTRICT COURT

45th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

AGREEMENT FOR Final Divorce

On the 30 day of October, 20 13, came on to be heard the above styled and numbered cause of action.

Petitioner and Respondent appeared in person and announced ready. After conference, the parties reached an agreement on the terms and conditions set forth below.

By the signatures below the parties acknowledge that t[illegible] entire understanding and accord of the parties in consent that the Cou[illegible] enter binding orders in accordance with this agreement.

#1 Agreement

1. Grounds: Irreconsiable differences

2. Property Award Petitioner Manuel Castro (1) awarded 100% of his 401k resultant from employment w/ Johnson Controls and for consideration of his reduced equity as an offeset in interest in property located at 1501 Olive Street, Jourdanton, Texas 78026. (2) Awarded $40,000 in equity of the home located at 1501 Olive Street, Jourdanton, Texas at time of refinancing but no later than February 28, 2014 11:59pm. (3) All personal property in his possession or subject to his control (4) Pictures + paper of father and books if any in Mary Ann Castro posse.

Respondent Mary Ann Castro (1) awarded the marital residence located at 1501 Olive Street, Jourdanton, Texas 78026 subject to $40,000 equity award to husband and any and all contents in home and her possession and subject to her control. (2) the animals in her possession.

3. Debts: Each party is responsible for the debts in their name. - Each party pays own attorney fees + cost associated with this litigation. Mary Ann Castro is responsible for the mortgage + related expenses of the home awarded to her at 1501 Olive Street, Jourdanton, Texas 78026. Manuel Castro responsible for his bankruptcy payment

Parties/Attorneys Initials MC Petitioner MAC Respondent

CAUSE NO. 2011-CI-15957 page

Temporary/Permanent Injunction:

NO ALIMONY AWARDED

All parties agree in goodfaith to cooperate, to execute all documents necessary to effectuate the desired intent and agreement of the parties. All parties further agree to not impede or otherwise interfer with Mary Ann Castro's attempts to refinance the home at 1501 ~~Olive Street~~, Jourdanton, Texas 78026.

See Attachment A+B for other terms

SIGNED and ENTERED on this 30 day of October 20 13

[signature]

JUDGE PRESIDING Hon. David Canales

**APPROVED AS TO FORM:**

[signature]

Attorney for Petitioner Joseph Appealt
TBN: 00759809

[signature]

Attorney for Respondent TBN: 05804750
M. Dinovan Diaz

**APPROVED AS TO FORM AND SUBSTANCE:**
(Please provide complete mailing address below.)

x Manuel Castro
Petitioner (signature) Manuel Castro

Mary Ann Castro
Respondent (signature) Mary Ann Castro

~~Manuel Castro~~ Christina V. Pacheco
Non Spouse - Respondent
Tina Pacheco Pro Se
625 Houston St Pleasanton TX 78064
Address

City / State / Zipcode
830/570-5870
Telephone Number

If Respondent or Petitioner is unrepresented, always include a mailing address.

The parties retain their position and rights to assert any and all claims and or defenses pertaining to the lawsuit involving the mobile home w/ Green tree servicing.

MC MP MAC

continuation

other terms concerning 1501 Olive Street, Jourdanton, Texas 78026

(A) Mary Ann Castro shall use due diligence in attempting to have home refinanced by Febuary 28, 2014 11:59 pm.

If Mary Ann Castro is unable to refinance home or otherwise remove Manuel Castro's name of the mortgage of the home on Olive Street, Jourdanton, then she or any party may move to extend time to refinance upon Motion or assertion with the court for that extension of time. Mary Ann Castro need show due diligence.

(B) If Manuel Castro has to expend funds to prevent foreclosure, he shall be entitled to reimbursement of that cost from sale of the home. Manuel Casto authorized to do what he needs to prevent foreclosure of home without harming Maryann Castro interest!

(C) If the Olive Street home is unable to be refinanced by the designated period by the court, then the home shall be sold and $40,000 shall be awarded + paid to Manuel Castro and the balance of the proceeds shall be paid + awarded to Mary Ann Castro.

Only contested issue

Judge determined time for refinancing, to Febuary 28, 2014 11:59 pm, and other terms regarding extention of time to do so.

MC MAC

FILED
DISTRICT CLERK
BEXAR CO.

NO. 2011-CI-15957

11 OCT 12 AM 9:50
DEPUTY
BY ______

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT |
| | § | |
| MANUEL G. CASTRO | § | 45TH JUDICIAL DISTRICT |
| AND | § | |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

**ORIGINAL COUNTERPETITION FOR DIVORCE**

1. *Discovery Level*

Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

2. *Parties*

This suit is brought by MARY ANN CASTRO, Counterpetitioner. The last three numbers of MARY ANN CASTRO's driver's license number are 782. The last three numbers of MARY ANN CASTRO's Social Security number are 895.

MANUEL G. CASTRO is Counterrespondent.

3. *Domicile*

Counterpetitioner has been a domiciliary of Texas for the preceding six-month period and a resident of this county for the preceding ninety-day period.

4. *Service*

Service of this document may be had in accordance with Rule 21a, Texas Rules of Civil Procedure, by serving Counterrespondent's attorney of record, JOSEPH P. APPELT, JR., 5825 Callaghan Rd, 104, San Antonio, Texas 78228 in open court.

5. *Protective Order Statement*

No protective order under title 4 of the Texas Family Code is in effect, and no application for a protective order is pending with regard to the parties to this suit.

6. *Dates of Marriage and Separation*

The parties were married on or about July 21, 1984 and ceased to live together as husband and wife on or about July 3, 2011.

7. *Grounds for Divorce*

The marriage has become insupportable because of discord or conflict of personalities between Counterpetitioner and Counterrespondent that destroys the legitimate ends of the marriage relationship and prevents any reasonable expectation of reconciliation.

Counterrespondent is guilty of cruel treatment toward Counterpetitioner of a nature that renders further living together insupportable.

Counterrespondent has committed adultery.

8. *Child of the Marriage*

There is no child born or adopted of this marriage, and none is expected.

9. *Marital-Property Agreement*

Counterpetitioner and Counterrespondent will likely enter into a marital-property agreement defining their rights to all their property, both community and separate. Counterpetitioner requests

the Court to enforce the agreement and divide the marital estate in accordance with its terms.

*10. Separate-Property Confirmation*

Counterpetitioner owns certain separate property that is not part of the community estate of the parties, and Counterpetitioner requests the Court to confirm such separate property as Counterpetitioner's separate property and estate.

*11. Reimbursement*

Counterpetitioner requests the Court to reimburse Counterpetitioner's separate estate for funds or assets expended by Counterpetitioner's separate estate for the benefit of the community. Those expenditures resulted in a direct benefit to the community estate. Counterpetitioner's separate estate has not been adequately compensated for or benefited from the expenditure of those funds or assets, and a failure by the Court to allow reimbursement to Counterpetitioner's separate estate will result in an unjust enrichment of the community estate at the expense of Counterpetitioner's separate estate.

*12. Postdivorce Maintenance*

The Counterpetitioner also requests the Court to order that she be paid postdivorce maintenance for a reasonable period in accordance with chapter 8 of the Texas Family Code.

*13. Request for Temporary Orders*

Counterpetitioner requests the Court to dispense with the issuance of a bond and after notice and hearing be temporarily enjoined, pending the further order of this Court, from:

1. Communicating with Counterpetitioner in person, by telephone, or in writing in vulgar, profane, obscene, or indecent language or in a coarse or offensive manner.

2. Threatening Counterpetitioner in person, by telephone, or in writing to take unlawful action against any person.

3. Placing one or more telephone calls, anonymously, at any unreasonable hour, in an offensive and repetitious manner, or without a legitimate purpose of communication.

4. Causing bodily injury to Counterpetitioner.

5. Threatening Counterpetitioner with imminent bodily injury.

6. Destroying, removing, concealing, encumbering, transferring, or otherwise harming or reducing the value of the property of one or both of the parties.

7. Falsifying any writing or record relating to the property of either party.

8. Misrepresenting or refusing to disclose to Counterpetitioner or to the Court, on proper request, the existence, amount, or location of any property of one or both of the parties.

9. Damaging or destroying the tangible property of one or both of the parties, including any document that represents or embodies anything of value.

10. Tampering with the tangible property of one or both of the parties, including any document that represents or embodies anything of value, and causing pecuniary loss to Counterpetitioner.

11. Selling, transferring, assigning, mortgaging, encumbering, or in any other manner alienating any of the property of Counterpetitioner or Counterrespondent, whether personalty or realty, and whether separate or community, except as specifically authorized by order of this Court.

12. Incurring any indebtedness, other than legal expenses in connection with this suit, except as specifically authorized by order of this Court.

13. Making withdrawals from any checking or savings account in any financial institution for any purpose, except as specifically authorized by order of this Court.

14. Spending any sum of cash in Counterrespondent's possession or subject to Counterrespondent's control for any purpose, except as specifically authorized by order of this Court.

15. Withdrawing or borrowing in any manner for any purpose from any retirement, profit-sharing, pension, death, or other employee benefit plan or employee savings plan or from any individual retirement account or Keogh account, except as

specifically authorized by order of this Court.

16. Entering any safe-deposit box in the name of or subject to the control of Counterpetitioner or Counterrespondent, whether individually or jointly with others.

17. Withdrawing or borrowing in any manner all or any part of the cash surrender value of life insurance policies on the life of Counterpetitioner or Counterrespondent, except as specifically authorized by order of this Court.

18. Changing or in any manner altering the beneficiary designation on any life insurance on the life of Counterpetitioner or Counterrespondent.

19. Canceling, altering, failing to renew or pay premiums, or in any manner affecting the present level of coverage of any life, casualty, automobile, or health insurance policies insuring the parties' property or persons.

20. Opening or diverting mail addressed to Counterpetitioner.

21. Signing or endorsing Counterpetitioner's name on any negotiable instrument, check, or draft, such as tax refunds, insurance payments, and dividends, or attempting to negotiate any negotiable instrument payable to Counterpetitioner without the personal signature of Counterpetitioner.

22. Taking any action to terminate or limit credit or charge cards in the name of Counterpetitioner.

23. Discontinuing or reducing the withholding for federal income taxes on Counterrespondent's wages or salary while this case is pending.

24. Destroying, disposing of, or altering any financial records of the parties, including but not limited to records from financial institutions (including canceled checks and deposit slips), all records of credit purchases or cash advances, tax returns, and financial statements.

25. Destroying, disposing of, or altering any e-mail or other electronic data relevant to the subject matters of this case, whether stored on a hard drive or on a diskette or other electronic storage device.

26. Terminating or in any manner affecting the service of water, electricity, gas, telephone, cable television, or other contractual services, such as security, pest control, landscaping, or yard maintenance, at 1501 Olive, Jourdanton, Texas 78026; 6026 Hazel Valley, San Antonio, Texas 78242 and/or 665 N. General McMullen, San Antonio, Texas 78228 or in any manner attempting to withdraw any deposits for service in connection with those services.

27. Excluding Counterpetitioner from the use and enjoyment of the residence located at 1501 Olive, Jourdanton, Texas 78026; 6026 Hazel Valley, San Antonio, Texas 78242 and/or 665 N. General McMullen, San Antonio, Texas 78228.

28. Entering, operating, or exercising control over the 2003 Saturn and 1998 Dodge Van in the possession of Counterpetitioner.

Counterpetitioner requests that Counterrespondent be authorized only as follows:

To make expenditures and incur indebtedness for reasonable and necessary living expenses for food, clothing, shelter, transportation, and medical care.

To make expenditures and incur indebtedness for reasonable attorney's fees and expenses in connection with this suit.

To make withdrawals from accounts in financial institutions only for the purposes authorized by the Court's order.

Counterpetitioner requests that Counterrespondent be ordered as follows:

To make payments to the Counterpetitioner for the support of the Counterpetitioner pursuant to Texas Family Code §6.502.

To make payments of reasonable interim attorney's fees and expenses to Counterpetitioner's attorney pursuant to Texas Family Code §6.502.

*14. Request for Temporary Orders Concerning Use of Property*

Counterpetitioner requests the Court, after notice and hearing, for the preservation of the property and protection of the parties, to make temporary orders and issue any appropriate temporary injunctions respecting the temporary use of the parties' property as deemed necessary and equitable, including but not

limited to the following:

Awarding Counterpetitioner exclusive use and control of the 2003 Saturn and 1998 Dodge Van and enjoining Counterrespondent from entering, operating, or exercising control over it.

Awarding Counterpetitioner the exclusive use of the following property and enjoining Counterrespondent from exercising possession or control of any of this property: her personal property, lawn tools, and any other items the Court deems appropriate.

*15. Request for Temporary Orders for Discovery and Ancillary Relief*

Counterpetitioner requests the Court, after notice and hearing, for the preservation of the property and protection of the parties, to make temporary orders for discovery and ancillary relief as deemed necessary and equitable, including but not limited to the following:

Ordering Counterrespondent to provide a sworn inventory and appraisement of all the separate and community property owned or claimed by the parties and all debts and liabilities owed by the parties substantially in the form and detail prescribed by the *Texas Family Law Practice Manual* (3rd ed), form 7-1.

*16. Attorney's Fees, Expenses, Costs, and Interest*

It was necessary for Counterpetitioner to secure the services of EDWARD P. PIKER, JR., a licensed attorney, to prepare and prosecute this suit. To effect an equitable division of the estate

of the parties and as a part of the division, judgment for attorney's fees, expenses, and costs through trial and appeal should be granted against Counterrespondent and in favor of Counterpetitioner for the use and benefit of Counterpetitioner's attorney; or, in the alternative, Counterpetitioner requests that reasonable attorney's fees, expenses, and costs through trial and appeal be taxed as costs and be ordered paid directly to Counterpetitioner's attorney, who may enforce the order in the attorney's own name. Counterpetitioner requests postjudgment interest as allowed by law.

*17. Prayer*

Counterpetitioner prays that citation and notice issue as required by law and that the Court grant a divorce and all other relief requested in this counterpetition.

Counterpetitioner prays that the Court, after notice and hearing, grant this request for a temporary injunction.

Counterpetitioner prays for attorney's fees, expenses, costs, and interest as requested above.

Counterpetitioner prays for general relief.

Respectfully submitted,

Edward P. Piker, Jr.
315 S. Main Ave.
San Antonio, Texas 78204
Tel: (210) 226-0026
Fax: (210) 226-8402

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: MANUEL GUADALUPE CASTRO JR. Debtor(s) | Case No. 12-52696 G |
|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary K. Viegelahn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/31/2012.

2) The plan was confirmed on 11/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/03/2014.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,445.93.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $20,000.48 | |
| Less amount refunded to debtor | $2,812.32 | |
| **NET RECEIPTS:** | | **$17,188.16** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,700.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,181.52 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,881.52** |
| Attorney fees paid and disclosed by debtor: | $500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATASCOSA COUNTY | Secured | 1,569.41 | 1,298.30 | 1,298.30 | 0.00 | 0.00 |
| ATASCOSA COUNTY | Secured | 402.66 | 420.84 | 420.84 | 0.00 | 0.00 |
| Bexar County Clerk | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| BSI FINANCIAL SERVICES INC | Secured | 34,554.10 | 37,478.58 | 37,478.58 | 13,306.64 | 0.00 |
| BSI FINANCIAL SERVICES INC | Secured | 222,286.00 | 251,847.20 | 251,847.20 | 0.00 | 0.00 |
| Bus & Prof Svc | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| City Employees Federal | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GENERATIONS FEDERAL CREDIT UN | Unsecured | 4,910.00 | 4,910.03 | 4,910.03 | 0.00 | 0.00 |
| GENERATIONS FEDERAL CREDIT UN | Unsecured | 5,868.00 | 5,868.30 | 5,868.30 | 0.00 | 0.00 |
| GENERATIONS FEDERAL CREDIT UN | Unsecured | 7,614.00 | 7,614.16 | 7,614.16 | 0.00 | 0.00 |
| GREEN TREE SERVICING, LLC AS SE | Secured | 6,000.00 | 6,157.81 | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING, LLC AS SE | Secured | 18,792.00 | 26,553.11 | 26,553.11 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 869.56 | 761.78 | 761.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 126.95 | 126.95 | 0.00 | 0.00 |
| Med Data Sys | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION IX LLC | Unsecured | NA | 234.95 | 0.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $37,478.58 | $13,306.64 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $280,119.45 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$317,598.03** | **$13,306.64** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $761.78 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$761.78** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,519.44** | **$0.00** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $3,881.52 | |
| Disbursements to Creditors | $13,306.64 | |
| **TOTAL DISBURSEMENTS :** | | **$17,188.16** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/21/2015

By: /s/ Mary K. Viegelahn
Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

 

10/09/2014

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number: 44675
Property Address: 1501 OLIVE STREET
JOURDANTON, TX 78026

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: (35 @ $1,732.72) | $66,367.76 |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE** | **$73,967.02** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



# Comparative Market Analysis

Property At:

*Prepared For:*
Manuel Castro
1501 Olive
Jourdanton, TX 78026

*Prepared By:*
Archie Marmolejo
All Season Realty

SERVING SOUTH TEXAS
All Season
Realty

Office Phone: (830) 281-5263
Direct Line: (210) 347-7330
Personal Fax Number: (210) 569-6211
Email: marmolejoarchie@aol.com

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*



# Comparative Market Analysis

## Property At: 1501 Olive Street

*Prepared For:*
Maryann Castro
1501 Olive Street
Jourdanton, TX 78026

*Prepared By:*
Karen Potts
Dowdy Real Estate, LLC

Office Phone: (830) 569-6883
Direct Line: (830) 569-6883
Personal Fax Number:
Email: karen@dowdyrealestate.com

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL making any decision that relies upon my work, you should know that I have not followed the guidelines for development of a appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# Seller's Statement

**Property At: 1501 Olive Street**

***Prepared For:*** *Maryann Castro*
*1501 Olive Street*
*Jourdanton, TX 78026*

***Suggested Marketing Price:*** **$184,000**

# Comparative Market Analysis

Property At:

*Prepared For:*
Manuel Castro
1501 Olive
Jourdanton, TX 78026

*Prepared By:*
Archie Marmolejo
All Season Realty

SERVING SOUTH TEXAS
All Season Realty

Office Phone: (830) 281-5263
Direct Line: (210) 347-7330
Personal Fax Number: (210) 569-6211
Email: marmolejoarchie@aol.com

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# Seller's Statement

**Property At:**

*Prepared For: Manuel Castro*
*1501 Olive*
*Jourdanton, TX 78026*

*Suggested Marketing Price:* **$351,375**



**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
8165 FM 2146
9.45 Acres, J. Poitivent Survey #1, Abstract 123
Jourdanton, TX 78026

**FOR:**
Advantage Mortgage
6601 Blanco Road, Suite 100
San Antonio, Texas 78216

**AS OF:**
December 19, 2005

**BY:**
Angela R. Overley
13730 Adobe Walls Drive
Helotes, Texas 78023

(210) 695-4400

Certified Appraisal

# Uniform Residential Appraisal Report

Castro, Manuel
File # 8306

There are 3 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 225,000 to $ 255,000

There are 4 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 220,000 to $ 240,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1501 Olive St. Jourdanton | 5920 FM 1332 Jourdanton | | 231 Hayden Road Pleasanton | | 770 Tom Road Pleasanton | |
| Proximity to Subject | | 2.38 miles | | 3.42 miles | | 6.15 miles | |
| Sale Price | $ Refinance | | $ 240,000 | | $ 220,000 | | $ 224,250 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 133.85 sq.ft. | | $ 85.64 sq.ft. | | $ 90.42 sq.ft. | |
| Data Source(s) | | MLS#512184/Agent | | MLS#546896/Agent | | MLS#547580/Agent | |
| Verification Source(s) | | Deed Records | | Deed Records | | Deed Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Cash | | Conventional $0.00 | | Conventional $0.00 | |
| Date of Sale/Time | | 02/05 | | 09/05 | | 08/05 | |
| Location | Good | Good | | Good | | Inferior/Out | +10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9.45 Acres | 25 Acres | -22,500 | 1 Acre | +20,000 | 10 Acres | |
| View | Countryside | Countryside | | Countryside | | Countryside | |
| Design (Style) | 1-Story | 1-Story | | 1-Story | | 1-Story | |
| Quality of Construction | Average | Average | | Good | | Average | |
| Actual Age | 0 | 17Yrs/5 Effect. | +5,000 | 5 Years | +5,000 | 0 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 6 / 3 / 2 | 6 / 3 / 2 | | 9 / 4 / 2.5 | -3,000 | 9 / 4 / 3 | -4,000 |
| Gross Living Area | 2,397 sq.ft. | 1,793 sq.ft. | +18,120 | 2,569 sq.ft. | -5,160 | 2,480 sq.ft. | -2,490 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central H&A | Central H&A | | Central H&A | | Central H&A | |
| Energy Efficient Items | Average | Average | | Average | | Average | |
| Garage/Carport | Pad Parking | Pad Parking | | 2-Car Garage | -5,000 | 2-Car Garage | -5,000 |
| Porch/Patio/Deck | Porches | Porches | | Porches | | Porches | |
| Fireplace | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| | | Metal Barn | -10,000 | | | | |
| | | | | Swimming Pool | -10,000 | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 9,380 | ☒ + ☐ - | $ 1,840 | ☐ + ☒ - | $ 1,490 |
| Adjusted Sale Price of Comparables | | Net 3.9 % Gross 23.2 % | $ 230,620 | Net 0.8 % Gross 21.9 % | $ 221,840 | Net 0.7 % Gross 9.6 % | $ 222,760 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) San Antonio MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) San Antonio MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | See Comments | | | |
| Price of Prior Sale/Transfer | Below. | None | None | None |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject is under construction and has not transferred in the past 36 month period. The sales used in this appraisal have not transferred in the 12 months prior to the above noted transaction.

Summary of Sales Comparison Approach Equal emphasis was given all sales. Sale 1 was superior in acreage and metal work shop. It was inferior in age and living area. Sale 2 was inferior in acreage and age, but superior in baths, living area, garage and swimming pool. Sale 3 was equal in site site, but inferior in value because it was located out in the county. It was superior in baths, living area and garage. It was necessary to use sales that closed over 6 months ago and to go over 6 miles for comparable sales due to the low density of development in the subject's market area and the need for home sales on acreage tracts. The subject is considered a "mini ranch" and these types of residential properties are becoming increasingly popular in the market.

Indicated Value by Sales Comparison Approach $ 225,000

**Indicated Value by: Sales Comparison Approach $** 225,000 **Cost Approach (if developed) $** 228,790 **Income Approach (if developed) $** N/A

Greatest emphasis was given the market data approach, because it best reflects the actions of buyers and sellers in the marketplace. The cost approach also supports the value. The income approach was not used due to insufficient rental data necessary to develop an indication of value.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: None

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 225,000 , as of December 19, 2005 , which is the date of inspection and the effective date of this appraisal.**

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature]
Name Angela R. Overley
Company Name Overley Appraisal Services, Inc.
Company Address 13730 Adobe Walls Drive
Helotes, Texas 78023
Telephone Number (210) 695-4400
Email Address angelaoverley@satx.rr.com
Date of Signature and Report December 28, 2005
Effective Date of Appraisal December 19, 2005
State Certification # 1326255-R
or State License # 
or Other (describe) ______ State # ______
State Texas
Expiration Date of Certification or License 06/30/06

ADDRESS OF PROPERTY APPRAISED
1501 Olive St.
Jourdanton, TX 78026

APPRAISED VALUE OF SUBJECT PROPERTY $ 225,000

LENDER/CLIENT
Name Sabrina Ranalli-Hall
Company Name Advantage Mortgage
Company Address 6601 Blanco Road, Suite 100, San Antonio, Texas 78216
Email Address sranalli@logixonline.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

[illegible] street
[illegible] property
[illegible] from street
[illegible] from street

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Statement of Account

**NOTICE: This is a statement of Taxes Due as of 06/01/2015 12:26:57PM based upon the tax records of the tax office.**

ATASCOSA COUNTY TAX OFFICE
1001 OAK STREET
JOURDANTON, TX 78026

## Property Information

Property ID: 17471 Geo ID: 01239-00-000-001104
Legal Acres: 9.4500
Legal Desc: ABS A01239 J POITEVENT SV-1,9.45 ACRES
Situs: 1501 OLIVE ST ,
DBA:
Exemptions: DP, HS

Owner ID: 87397 Ownership: 100.00%
CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

## Value Information

| | |
|---|---|
| Improvement HS: | 159,770 |
| Improvement NHS: | 0 |
| Land HS: | 54,810 |
| Land NHS: | 0 |
| Productivity Market: | 0 |
| Productivity Use: | 0 |
| Assessed Value | 214,580 |

| Entity | Description | Pct. |
|---|---|---|
| FMLR | FARM TO MARKET ROAD | 100.00% |
| GAT | ATASCOSA COUNTY | 100.00% |
| SJO | JOURDANTON ISD | 100.00% |
| WEV | EVERGREEN WATER DIST | 100.00% |

| Ex Code | Description |
|---|---|
| DP | Disability |
| HS | Homestead |

**Unpaid Bills Summary**

| Entity | Year | Statement ID | Tax Rate | Type | Tax Due | Disc/P&I | Attorney Fees | Total Due |
|---|---|---|---|---|---|---|---|---|
| FMLR | 2013 | 53838 | 0.076000 | L | 87.22 | 25.30 | 16.88 | 129.40 |
| GAT | 2013 | 53838 | 0.340600 | L | 395.84 | 114.79 | 76.59 | 587.22 |
| WEV | 2013 | 53838 | 0.006000 | L | 6.24 | 1.81 | 1.21 | 9.26 |
| **Total for Year 2013** | | | | | **489.30** | **141.90** | **94.68** | **725.88** |
| **Total For All Years** | | | | | **489.30** | **141.90** | **94.68** | **725.88** |

**Total Due if Paid By 06/30/2015 725.88**

**Paid Refunds Summary**
**No Information on File.**

*** End of Statement ***

**NOTICE: This document is not a tax certificate and does not absolve a Taxpayer from tax liability in any way. If this document is found to be in error, it may be corrected by the Collection Office listed above. Responsibility to pay the remaining taxes rests entirely with the Taxpayer, as outlined in the Texas Property Tax Code.**

True Automation, Inc.

**1501 Olive Street, Jourdanton, TX 78026**

# 1501 Olive Street Jourdanton, TX 78026

| $216,240 LOW | $254,400 ? | $292,560 HIGH |
| --- | --- | --- |

VALUE ESTIMATE

| | | | |
| --- | --- | --- | --- |
| Value Estimate | $254,400 ? | Beds | -- |
| Payment Estimate | $959/mo ? | Baths Full | -- |
| Rent Estimate | $1,700 ? | Baths Half | -- |
| Tax Estimate | $3,281 ? | Sq Ft | 2,404 |
| HomeScore | 40 ? | Lot Size | 9.00 |
| InvestorScore | 34 ? | Construction | -- |
| Last Sale Date | 08/25/2000 | Style | -- |
| Last Sale Price | -- | Year Built | 2005 |

Get Homesnap Mortgage Rates Get Pre-Approved Edit Home Facts Share Home

1501 Olive Street is located in Jourdanton, TX. At this time, the property has an estimated value of $254,400 and yearly taxes of $3,281. This home has approximately 2,404 sqft of living space. The property was built in 2005. Similar homes nearby sell for around $250,000.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| In re: MANUEL GUADALUPE CASTRO JR. Debtor(s) | Case No. 12-52696 G |
|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary K. Viegelahn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/31/2012.

2) The plan was confirmed on 11/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/03/2014.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,445.93.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $37,478.58 | $13,306.64 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $280,119.45 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$317,598.03** | **$13,306.64** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $761.78 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$761.78** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,519.44** | **$0.00** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $3,881.52 | |
| Disbursements to Creditors | $13,306.64 | |
| **TOTAL DISBURSEMENTS :** | | **$17,188.16** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/21/2015 By: /s/ Mary K. Viegelahn
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# MALAISE LAW FIRM

J. TODD MALAISE
STEVEN G. CENNAMO
PAT B. FOSSETT
KRISTINA L. GONZALES

909 NE LOOP 410, STE 300
SAN ANTONIO, TX 78209

(OFFICE) (210) 732-6699
(FACSIMILE) (210) 732-5826
www.malaiselawfirm.com

STEPHEN K. LUXTON
MIKHAIL NAGORNY
EDUARDO V. RODRIGUEZ*
DAVID C. WERNER

SAN ANTONIO • BROWNSVILLE • CORPUS CHRISTI • HARLINGEN • MC ALLEN

September 11, 2014

E

Ms. Mary Ann Castro
PO Box 495
Pleasanton, Texas 78064

RE: Chapter 13 Bankruptcy Case No. 12-52696, In Re Manuel Guadalupe Castro, Jr.

Dear Ms. Castro:

Please find the enclosed copies of the following:

1. Motion of BSI Financial Services, as Servicer for Wells Fargo Bank, NA, its Successors and Assigns for Relief from Automatic Stay and Co-Debtor Stay against Property as to 1501 Olive Street, Jourdanton, Texas 78026 and
2. Debtor's response to the motion.

Please call if you have questions/comments.

Sincerely,

Steven G. Cennamo

SGC/Deb
Enclosures

Enclosure

* *Board Certified In Consumer Bankruptcy Law By The Texas Board of Legal Specialization*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: CHAPTER 13

**MANUEL GUADALUPE CASTRO JR.**

DEBTOR(S) CASE NO.: **12-52696 G**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the attached document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this **July 30, 2014.**

Debtor(s):

MANUEL GUADALUPE CASTRO JR.
PO BOX 47776
SAN ANTONIO, TX 78265

DAVIS LAW FIRM
5710 IH 10 WEST
SAN ANTONIO, TX 78201

/S/

JESSICA L. HANZLIK

FILED
8/12/2014 1:42:58 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Jennifer Brazil

*NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.*

**NO. 2011-CI-15957**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **MANUEL G. CASTRO AND MARY ANN CASTRO** | § | **45TH JUDICIAL DISTRICT** |
| | § | |
| | § | **BEXAR COUNTY, TEXAS** |

**MOTION TO DECLARE AGREEMENT FOR FINAL DIVORCE VOID**

Comes now Respondent, Mary Ann Castro, and submits this Motion to Declare Agreement for Final Divorce Void, and in support thereof would respectfully show this Court as follow:

1. On September 30, 2011, Petitioner Manuel G. Castro (hereafter "Manuel") filed for divorce from Respondent/Movant Mary Ann Castro (hereafter "Mary Ann").

2. On October 10, 2012, Manuel, a Debtor in an ongoing Chapter 13 bankruptcy proceeding, was advised that a Motion to Lift the Automatic Stay to Proceed with Divorce would be required by the bankruptcy court to proceed with this divorce. *See* Trustee's Amended Objection to Motion to Approve Agreement for Final Divorce Nunc Pro Tunc and Request for Hearing, a true and correct copy of which is attached and incorporated herein as "Exhibit A." Mary Ann was not similarly advised that a lifting of the stay was required to proceed with the divorce.

3. Manuel disregarded this information, and on October 30, 2013, he entered into an Agreement for Final Divorce (hereafter, "the Agreement") with Mary Ann, a true and correct copy of which is attached and incorporated herein as "Exhibit B." The agreement was signed by Judge David Canales on that same date. On information and belief, Judge Canales was not informed of the ongoing bankruptcy proceeding.

4. The Agreement was an attempt by Manuel to divide assets which are part of the bankruptcy estate, which violated the automatic stay of the bankruptcy proceeding. *See* 11 U.S.C. § 362(b)(2)(A)(iv).

5. At the time of the execution of the Agreement, Manuel did not have approval from the bankruptcy court, nor had he even attempted to have the automatic stay lifted for this purpose. As such, the Agreement is void as a matter of law. *See York v. State*, 373 S.W. 3d 32 (Tex. 2012).

6. The Agreement purports to award Mary Ann the marital home, but obligates her to refinance within a specified period of time. Exhibit B at 1 and "Attachment A." Mary Ann has been unable to do so due to the home being subject to Respondent's ongoing bankruptcy proceeding. *See* Affidavit of Mary Ann Castro, attached and incorporated herein as "Exhibit C."

7. Further, Manuel failed to make mortgage payments as he was ordered to do in the temporary orders in this matter, and the home is in default to the tune of approximately $60,000.00. Exhibit C. This information was concealed from Mary Ann at the time she entered into the Agreement. But for her belief that the home was not in default, Mary Ann would not have executed the Agreement with Manuel. *Id.*

8. In addition, at the time of the execution of the Agreement, Manuel presented a falsified Market Analysis to Mary Ann, a true and correct copy of which is attached and incorporated herein as "Exhibit D," which indicated that the house was worth $200,000.00 more than what is was actually worth. This was tantamount to fraud upon the community and, as a result, the Agreement was not a just and right division of the marital estate based upon the fraud committed

by Manuel. But for Manuel's misrepresentation of the value of the home, Mary Ann would not have executed the Agreement with Manuel.

9. Mary Ann subsequently learned that the Market Analysis was completed by a friend of Manuel's lover. Exhibit C. Mary Ann thereafter obtained another Market Analysis, a true and correct copy of which is attached and incorporated herein as "Exhibit E," revealing the disparity between the market value proffered by Manuel and the actual market value of the home.

10. On March 12, 2014, Mary Ann filed a Motion to Rescind and/or Notice of Repudiation, seeking to have the Agreement nullified by the Court based upon fraud by Manuel and the fact that it violated the bankruptcy stay. At the hearing on said Motion, the Court determined that because neither party had obtained a lifting of the bankruptcy stay it did not have authority to make any determination that would affect property of the bankruptcy estate, including making any ruling with respect to the Agreement. As such, the Court declined to hear the matter unless and until the stay was lifted for such purpose.

11. Despite having full knowledge that Mary Ann was repudiating the Agreement and that Mary Ann's counsel was seeking to have the Agreement declared void, Manuel presented the Agreement to the bankruptcy court for its approval on June 4, 2014. *See* Motion to Approve Agreement for Final Divorce Nunc Pro Tunc, a true and correct copy of which is attached and incorporated herein by reference as "Exhibit F." This Motion was never served on Mary Ann's counsel, Jamie L. Graham (who filed a Notice of Appearance on March 11, 2014). Mary Ann's counsel only learned of Manuel's actions from a search of the bankruptcy court's online docket.

12. Upon learning that Manuel was attempting to have the bankruptcy court approve the Agreement, on July 16, 2014 Mary Ann filed motions in the bankruptcy court objecting to such

action, as well as to lift the automatic stay to allow a state court to hear her challenges to the validity of the Agreement. This required her to retain additional counsel and incur substantial additional legal fees.

13. On July 31, 2014, a hearing was held in the bankruptcy court on both Manuel's and Mary Ann's motions. On information and belief, Manuel's counsel misrepresented to the bankruptcy court that the state court had already denied Mary Ann's attempt to have the Agreement rescinded and/or declared void. The bankruptcy court declined to accept the Agreement and ordered that the automatic stay would be lifted so that the parties could address their concerns in state court.

14. At this time, pursuant to the lifting of the stay, Mary Ann seeks to have the Court declare that the Agreement is void because it violates the automatic stay of the bankruptcy proceedings. In addition or in the alternative, Mary Ann seeks to repudiate the Agreement because it was procured by fraud committed by Manuel in grossly misrepresenting the value of the home and in intentionally failing to inform Mary Ann that the home was in default due to his failure to make mortgage payments as ordered. Further, its terms are illegal and/or impossible to comply with, as Mary Ann cannot refinance the home as required by the Agreement without further violating the automatic stay- a criminal offense.

15. Mary Ann seeks an award of her reasonable and necessary attorney's fees and costs in both this proceeding and in the bankruptcy proceeding. Mary Ann was forced to retain counsel and incur these attorney's fees and costs due to Manuel's failure to obtain a lifting of the stay prior to entering into a property division, and Manuel's bad acts in attempting to get the bankruptcy court's approval of the Agreement without notice to Mary Ann or her counsel, and at

a time when he was fully aware that Mary Ann was challenging the validity of the Agreement and had repudiated the Agreement.

Respondent/Movant Mary Ann Castro prays that this Court grant her request to Declare Agreement for Final Divorce Void on the ground that it was executed in violation of the automatic stay of the bankruptcy court, and in addition to or in the alternative, upon the ground that it was procured by fraud, and is impossible and/or illegal to comply with its terms. In the alternative, Mary Ann Castro prays that this Court find that she has sufficiently revoked her consent to or repudiated the Agreement for Final Divorce, and it is therefore unenforceable. Mary Ann Castro further prays for an award of her reasonable and necessary attorney's fees and costs, and for such other and further relief as she may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICES OF JAMIE L. GRAHAM
310 S St. Mary's St, Suite 845
San Antonio, Texas 78205
Tel. (210) 308-6448
Fax: (210) 308-5669

By: Sarah Anne Lishman
Sarah Anne Lishman
State Bar No. 24086267
Jamie L. Graham
State Bar No. 24027335
Attorney for Mary Ann Castro

## Notice of Hearing

The above motion is set for hearing on **August 25, 2014 at 9:00 a.m.** in the Presiding District Court, Room 109 of the Bexar County Courthouse, 100 Dolorosa St., San Antonio, Texas 78205.

SIGNED on 8/12/2014

Gloria Saldaña
Presiding Judge
438th District Court
Bexar County, Texas

Judge or Clerk

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on August 12, 2014.

Sarah Anne Lishman
Attorney for Mary Ann Castro

**Affidavit of Mary Ann Castro**

Mary Ann Castro appeared before me in person today and stated under oath as follows:

"My name is Mary Ann Castro. I am above the age of eighteen years, and I am fully competent to make this affidavit. I am the movant in the Motion to Declare Agreement for Final Divorce Void. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"On September 30, 2011, my husband Manuel Castro filed for divorce. ~~At that time, he had already filed for Chapter 13 bankruptcy, and to date, that bankruptcy proceeding has not yet been discharged.~~ error

"In the temporary orders for this divorce, Manuel Castro was ordered to make all mortgage payments on our home, 1501 Olive Street, Jourdanton, Texas 78026, where I still reside.

"On October 30, 2013, Manuel Castro and I entered into an Agreement for Final Divorce, dividing up our marital estate. Manuel Castro never informed me prior to executing this Agreement for Final Divorce that he had failed to make mortgage payments as ordered in the temporary orders and the house was in default.

"Prior to executing the Agreement for Final Divorce, Manuel Castro provided me with a Market Analysis prepared by Argentina Marmolejo, which represented the fair market value of the house to be $351,375.00. I relied on this Market Analysis when agreeing to the property division in the Agreement for Final Divorce.

"The Agreement for Divorce awarded me the home, but required me to refinance by February 28, 2014.

"On or about December 1, 2013, I learned that Argentina Marmolejo was a friend of Manuel Castro's lover, and therefore became suspicious of the Market Analysis that he provided to me at the time I signed the Agreement for Final Divorce. I therefore had my own Market Analysis prepared by Karen Potts, who appraised the home at a fair market value of only $184,000.00.

"I have made multiple attempts to refinance the home, as per the terms of the Agreement for Divorce, but have been told that no lender will refinance while the home is still subject to the Manuel Castro's bankruptcy proceeding. Further, I was told that Manuel Castro removed me as an authorized person for the current mortgage holder to communicate with, and I have therefore had an extremely difficult time getting information with respect to the status of the mortgage. All mortgage statements were diverted from my address to Manuel Castro's sister's address, and so I never received any information with respect to the status of mortgage payments after Manuel Castro was ordered to make those payments in the temporary orders.

"I had a credit report done, and from that I learned that the home is currently in default for approximately $60,000.00.

Mary Ann Castro

Mary Ann Castro

SIGNED under oath before me on August 11, 2014.

Gina S Villagomez

Notary Public, State of Texas

GINA S. VILLAGOMEZ
Notary Public, State of Texas
My Commission Expires
February 27, 2017

GSV



# Official Change Of Address CONFIRMATION LETTER

LOOK INSIDE: STORE LOCATOR & VALUABLE OFFERS

## VERIFICATION REQUIRED

Mail will be forwarded for the following individual only:
**MARYANN CASTRO**
Your mail will be forwarded to your NEW address, as you requested, on: **Sep 30, 2014**

## YOUR OLD ADDRESS

**MARYANN CASTRO**
**23302 HICKORY SHADOW**
**ELMENDORF TX 78112-6172**

## YOUR NEW ADDRESS

**000000670 02 MB 0.435 T:0004**

**MARYANN CASTRO**
**PO BOX 495**
**PLEASANTON TX 78064-0495**

If the information contained on this page is incorrect, or you have not received mail at your new address for **10 Postal business days or more**, please call **1-800-ASK-USPS** (1-800-275-8777).

If you need to view or cancel this Change-of-Address Order or change the date to start forwarding your mail, visit **managemymove.usps.com** and enter the Confirmation Code: **1429 4501 1010 9450**

Visit managemymove.usps.com to add your email address and receive email reminders of mail forwarding expiration dates.

## NOTIFY CORRESPONDENTS WHO SEND YOU MAIL

Mail forwarding may be available for up to 12 months and covers only certain classes of mail.

To ensure delivery of all your mail and to avoid forwarding delays, you should notify everyone who sends you mail.

## MAIL FORWARDING EXPIRATION DATES

| | |
|---|---|
| First Class Mail, Priority & Express.... | Sep 30, 2015 |
| Newspapers, Magazines.............. | Nov 29, 2014 |
| Packages[1]............................... | Sep 30, 2015 |
| Catalogs .................................. | Not Forwarded[2] |
| Standard Mail ............................ | Not Forwarded[2] |

1. Some restrictions apply 2. Unless requested by mailer

## IMPORTANT MESSAGES FROM THE U.S. POSTAL SERVICE REGARDING YOUR MAIL FORWARDING REQUEST:

Yellow stickers with your new address are placed on mail forwarded by the U.S. Postal Service. To receive your mail faster, notify the sender of your new address.

Please retain this Official Change of Address Confirmation page for your records as local agencies and/or resources may require it for proof of your move.

## WHY THE YELLOW LABELS?

Yellow labels indicate the correspondent doesn't know your new address.

If you receive mail with a yellow label attached, notify the sender of your new address.

SMIT450 021353008 2607 15 12/29/14
JANICE SMITH
PO BOX 34
ANYTOWN MN 55803-0034

All of the paper used to produce the USPS® Official Change of Address Confirmation Letter was sourced from sustainable forests.



Wells Fargo Home Mortgage
1 Home Campus
Des Moines, IA 50328-0001

October 15, 2013

MANUEL G CASTRO JR
23302 HICKORY SHADOW
ELMENDORF TX 78112-6172

Subject: Transfer of the servicing of your mortgage loan
Wells Fargo Home Mortgage loan number: 0150044675

Dear MANUEL CASTRO JR,

Effective November 1, 2013 the servicing of your mortgage loan is being transferred to BSI Financial Services, Inc. While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the reverse side of this letter — The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on November 1, 2013, BSI Financial Services, Inc will begin receiving payments on your mortgage loan. As of the same date, Wells Fargo Home Mortgage will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to BSI Financial Services, Inc and send them to the following address:

BSI Financial Services, Inc
P.O. Box 660605
Dallas, TX 75266

BSI Financial Services, Inc will be sending you a letter that will include payment instructions. If you do not receive payment instructions from BSI Financial Services, Inc before your next payment is due, please write your loan number on your check or money order and mail it to BSI Financial Services, Inc at the address listed above.

**About mortgage payment assistance**
If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

**About PMA® Package benefits**
If you have a Wells Fargo *PMA* Package, transfer of your Wells Fargo serviced mortgage loan may eliminate the ability to link your mortgage to your *PMA* qualifying relationship balance and may result in your combined balance falling below the minimum required for the *PMA* Package monthly service fee waiver as well as certain other *PMA* benefits.



Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

Statement date 01/13/12
Loan number 0150044675
Property address
1501 OLIVE STREET
JOURDANTON TX 78026

# For informational purposes

1AB 00471/024181/001039 0109 3 ACP8GI 708

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

## Customer Service

Online
yourwellsfargomortgage.com

Fax
1-866-278-1179

Telephone
1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

Payments
PO Box 660455
Dallas TX 75266

We accept telecommunications relay service calls.

## Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

## Summary

| | |
|---|---|
| Payment (principal and/or interest, escrow) | $1,745.85 |
| **Current monthly payment 02/01/12** | **$1,745.85** |
| Overdue payment(s) 04/01/11 - 01/01/12 | $17,445.36 |
| Unpaid late charge(s) | $1,080.26 |
| Other charges | $340.00 |
| **Total payment 02/01/12** | **$20,611.47** |

| | |
|---|---|
| Unpaid principal balance | $222,286.97 |
| Unpaid advance balance | $3,777.88 |
| Unapplied balance | $1,654.15 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate | 6.950% |
| Interest paid year-to-date | $1,288.99 |
| Escrow balance | $1,154.82- |

1-800-956-4442 ACCT #554

## Activity since your last statement

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.

If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payment, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/13 | Payment | | $273.07 | $1,288.99 | $183.79 | Unapplied $1,745.85- |
| 01/12 | Funds received | $1,700.00 | | | | Unapplied $1,700.00 |
| 12/08 | Funds received | $1,700.00 | | | | Unapplied $1,700.00 |

*Continued on the next page*

024181/001039 ACP8GI S1-ET-M1-C009 1

Loan number 0150044675

*Check here and see reverse for address correction.*

MANUEL G CASTRO JR
00471/024181/001039 0109 3 ACP8GI 708

WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX 75266-0455

Please specify additional funds

| | | |
|---|---|---|
| Monthly payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

708 0150044675 2 10000174585018239520611471919121 000000008055318907 0

UNITED STATES POSTAL SERVICE

Official Change Of Address
CONFIRMATION LETTER

VERIFICATION REQUIRED

[illegible] will be forwarded for the following individual only:
**MARYANN CASTRO**
Your mail will be forwarded to your NEW address, as you requested, on: **Sep 30, 2014**

If the information contained on this page is incorrect, or you have not received mail at your new address for **10 Postal business days or more**, please call **1-800-ASK-USPS** (1-800-275-8777).

If you need to view or cancel this Change-of-Address Order or change the date to start forwarding your mail, visit **managemymove.usps.com** and enter the Confirmation Code: **1429 4501 1010 9450**

Visit managemymove.usps.com to add your email address and receive email reminders of mail forwarding expiration dates.

YOUR OLD ADDRESS

MARYANN CASTRO
23302 HICKORY SHADOW
ELMENDORF TX 78112-6172

YOUR NEW ADDRESS

000000670 02 MB 0.435 T:0004

MARYANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

LOOK INSIDE: STORE LOCATOR & VALUABLE OFFERS

**BEXAR COUNTY SHERIFF'S OFFICE**
**Request for Sheriff's Report**

RV4/04 350-135

| DATE: 7/17/11 | District: B48 | Case No. 11-28528 |
|---|---|---|
| Name of Complainant: | | |
| Location of Incident: 23302 Hickory Shadow | | |
| Type of Incident: Disturbance | | |
| Sheriff's Deputy M.V. Saenz | Badge 212 | Phone: 335-6000 |

**NOTE:** If you wish to pursue criminal charges, please contact the Criminal Investigations Division at (210)335-6070

(210)-208-6800
[illegible] Justice Center

7/17/11 [illegible]

APPELLEE Manuel Castro Sister Called police on Appellant Mary Ann Castro when APPELLEE was living with mistress 7/17/11 Adultry - Adultry Crueltry - Cruelty



WELLS FARGO
HOME MORTGAGE
BSI # 44675
9/15/14
Sister + lover stole my mail, Manuel Castro — Never gave me statements — Only this one because of fraud agreement

Wells Fargo Home Mortgage
1 Home Campus
Des Moines, IA 50328-0001

October 15, 2013

MANUEL G CASTRO JR
23302 HICKORY SHADOW
ELMENDORF TX 78112-6172

Subject: Transfer of the servicing of your mortgage loan
Wells Fargo Home Mortgage loan number: 0150044675

Dear MANUEL CASTRO JR,

Effective November 1, 2013 the servicing of your mortgage loan is being transferred to BSI Financial Services, Inc. While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the reverse side of this letter — The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on November 1, 2013, BSI Financial Services, Inc will begin receiving payments on your mortgage loan. As of the same date, Wells Fargo Home Mortgage will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to BSI Financial Services, Inc and send them to the following address:

BSI Financial Services, Inc
P.O. Box 660605
Dallas, TX 75266

I sent many letters, calls

BSI Financial Services, Inc will be sending you a letter that will include payment instructions. If you do not receive payment instructions from BSI Financial Services, Inc before your next payment is due, please write your loan number on your check or money order and mail it to BSI Financial Services, Inc at the address listed above.

**About mortgage payment assistance**
If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

**About PMA® Package benefits**
If you have a Wells Fargo *PMA* Package, transfer of your Wells Fargo serviced mortgage loan may eliminate the ability to link your mortgage to your *PMA* qualifying relationship balance and may result in your combined balance falling below the minimum required for the *PMA* Package monthly service fee waiver as well as certain other *PMA* benefits.

Debtors wife lives at 1501 Olive

Loan BSI # 44678

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Affidavit in Support of Motion for Relief from Automatic Stay was served on September 5, 2014 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid, and/or by electronic notice on September 4, 2014.

MANUEL GUADALUPE CASTRO, JR.
P.O. BOX 47776
SAN ANTONIO, TX 78265
**DEBTOR**

Manuel Castro Sistr mail Box

MARY CASTRO
23302 HICKORY SHADDOW
ELMENDORF, TX 78112
**CO-DEBTOR**

Some one Fowarded my mail TO Leila Silva Manuel Castro sister

MARY ANN CASTRO
1501 OLIVE
JOURDANTON, TX 78026
**CO-DEBTOR**

Home, Residence

MARYANN CASTRO
P.O. BOX 495
PLEASANTON, TX 78064
**CO-DEBTOR**

mailing address

JEFFREY R. DAVIS
5710 IH 10 WEST
SAN ANTONIO, TX 78201
**ATTORNEY FOR DEBTOR**

MAILISE LAW FIRM
909 NE LOOP 410 STE 300
SAN ANTONIO, TX 78209
**COUNSEL FOR CO-DEBTOR**

Debtor's wife Mary Ann Castro Mailing Address Address is P.O. Box 495 Pleasanton TX 78064

MARY K. VIEGELAHN
10500 HERITAGE BLVD, STE. 201
SAN ANTONIO, TX 78216
**TRUSTEE**

UNITED STATES TRUSTEE
615 E HOUSTON, SUITE 533
SAN ANTONIO, TX 78205

15



Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306-0368

WELLS FARGO HOME MORTGAGE

August 22, 2011

Manuel G. Castro Jr
1501 Olive St
Jourdanton, TX 78026-2220

Dear Manuel G. Castro Jr:

RE: Loan Number 708-0150044675

Wells Fargo Home Mortgage (WFHM) has received your correspondence regarding the mortgage loan referenced above. Due to the status of the loan, we have responded directly to your Bankruptcy attorney. Enclosed is a copy of our response.

Please contact your attorney directly if you have any questions regarding your bankruptcy plan. If you have questions or concerns in the future regarding workout options or the bankruptcy status of the loan, please contact our Bankruptcy Department at (800) 274-7025. Representatives are available for assistance Monday through Friday, 7 a.m. to 4 p.m., Central Time.

Wells Fargo Home Mortgage is committed to serving the needs of our customers. If you have any additional questions or need clarification regarding the information provided, you may contact me directly at (877) 491-0707, extension 65129. I am available to assist you Monday through Friday, 9:00 a.m. to 6:00 p.m., Eastern Time.

Sincerely,

Rita Reilly

Rita Reilly
Written Customer Contact

Enclosure

We understand that your clients have filed for bankruptcy. We are not attempting to collect the mortgage debt with this letter. We are required by federal law to inform you that if your client's loan is currently delinquent or in default, as the loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose. However, this letter should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections provided by the automatic stay of your client's bankruptcy case. If your clients have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and are not attempting any act to collect the discharged debt from your client personally.

WC403/bd4/ge1

Together we'll go far

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Bankruptcy House
866-359-7363
Shanitea
Bal 12,927.12
210-431-8280
(8332052888)
210-438-8029
(866) 284-8201
9/14/11

Please put Mary Ann Castro back as contact person on account we want to proceed with modification process, bankruptcy is in process of being lifted and we dont want to loose the house please send to 1501 Olive, Jourdanton TX 78026

## Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by *). (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| Account History Status Code Descriptions | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**Bsi Financial Services Inc 314 S Franklin St Titusville PA 16354-2168 - (814) 827-4661**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 4* | 03/07/2006 | $220,331 | | 26Y | Monthly | 5 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2014 | $259,074 | $61,698 | 04/2014 | $1,733 | $1,732 | 07/2011 | | | | | | | |

Status - Over 120 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Real Estate Mortgage; Loan Modified; 180 Days or More Past Due;

| Account History with Status Codes | 03/2014 | 02/2014 |
|---|---|---|
| | 6 | 6 |

BSI Put this in my credit Report — Never contact me For workout mortgage

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/14 | No Data Available | | | | | | | | |
| 03/14 | $259,454 | $1,732 | | 2/1/2014 | $220,615 | | $60,983 | Conventional Re Mortgage | |
| Additional Information: Loan Modified; 180 Days or More Past Due | | | | | | | | | |
| 02/14 | $258,108 | $1,732 | $1,733 | 2/1/2014 | $220,615 | | $58,427 | Conventional Re Mortgage | |
| Additional Information: Loan Modified; 180 Days or More Past Due | | | | | | | | | |

Please stop the Fraud on my credit report, incorrect

( Continued On Next Page )



**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 12-52696G |
| | § | |
| MANUEL GUADALUPE CASTRO JR. | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S AMENDED OBJECTION TO MOTION TO APPROVE AGREEMENT FOR FINAL DIVORCE NUNC PRO TUNC AND REQUEST FOR HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Mary K. Viegelahn, Chapter 13 trustee and files this, her Chapter 13 Trustee's Amended Objection to the above-referenced Motion.

The Chapter 13 Trustee does not approve the afore-mentioned motion for the following reasons:

The Trustee opposes the Motion to approve agreement for Final Divorce Decree filed June 4, 2014. The proposed settlement agreement between the Debtor and Ms. Maryann Castro states that the Debtor should receive approximately $40,000.00 from the sale or refinance of the home at 1501 Olive St, Jourdanton, TX 78026. Debtor's Schedule A filed September 21, 2012 reflects a value of $235,310.00 with secured claim of $223,855.41 and the Debtor exempted $11,454.59 on Schedule C pursuant to 11 U.S.C. § 522(d)(1) leaving the Debtor with non exempt funds of $28,545.41. These funds also constitute additional disposable income which should be paid into the plan for the benefit of the unsecured creditors. Further, the Trustee questions how the Debtor expects to realize $40,000.00 in equity from the real property if the valuation on Debtor's Schedule A was accurate and questions the good faith of the Debtor's valuation on Schedule A.

The Motion does not state how the mortgage arrears currently being paid through the Debtor's plan on the property will be treated. The Trustee questions who will be taking over the funding of this property including the mortgage arrears and requests that the disbursements on the mortgage arrears to BSI Financial Services, Inc. cease being funded by through the plan. The property settlement agreement between the Debtor and Ms. Castro was entered into on October 30, 2013 and since that date; the Trustee has disbursed $7,347.09 to BSI Financial Services Inc. for the arrears.

At the 341 meeting of creditors on October 10, 2012, the Debtor was advised that a Motion to Lift the Automatic Stay to Proceed with Divorce would be required but no motion was filed until over a year later and more than six (6) months following the execution of the property settlement on October 30, 2013. As such, the Trustee questions the good faith of the Debtor in entering into the property settlement agreement without prior approval of this Court.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 03, 2014.**

Craig A. Gargotta

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 12-52696-G** |
| | § | |
| | § | |
| **Manuel Guadalupe Castro, Jr.** | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |

**ORDER APPROVING MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE**

On this date came on to be considered Debtor's Motion to Voluntarily Dismiss Chapter 13 case. The Court finds that such motion states sufficient grounds to be approved and that Debtor has the right to voluntarily dismiss this case, without prejudice, as it has not been previously converted from another chapter of the Bankruptcy Code.

It is, therefore, **ORDERED** that Debtor's Chapter 13 case be, and the same is hereby, **DISMISSED** without prejudice to re-filing.

###

Davis Law Firm
10500 Heritage, Ste. 102
San Antonio, Texas 78216
(210) 444-4444

Not adjustabl its A fixed rate

4. Manuel G. Castro Jr and Mary Castro executed a Adjustable Rate Note dated March 07, 2006, in favor of Wells Fargo Bank, N.A. in the original principal sum of $191,250.00 (the "Note").

5. BSI FINANCIAL SERVICES, AS SERVICER FOR WELLS FARGO BANK, N.A. is the servicer of the loan and holds the Note.

6. The Note is secured by a Recorded Deed of Trust encumbering certain real property commonly known as 1501 OLIVE STREET, JOURDANTON, TX 78026.

7. The unpaid principal balance of this loan as of August 26, 2014 is $220,897.72.

8. The total post-petition arrearage due as of August 26, 2014 is $42,411.76. Please note that additional payments will come due after September 1, 2014. **Attached hereto as Exhibit "A" is a summary of the Debtor's post-payment history, including default dates and amounts.**

See copy of Wells Fargo statement

9. The sums set forth in this affidavit do not include any late charges, escrow advances, attorneys' fees, cost, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

10. The Note, and Supplemental Riders, Amendments, Modifications, Deed of Trust, and Assignments, if any, are attached hereto as Exhibit "A" and are true and accurate copies of the originals.

Further Affiant Sayeth Not.

BY: [signature]
AFFIANT

Subscribed and sworn to before me this 29 day of August 2014, by Leslie Elaine Johnson.

[signature], Notary Public

State of Texas
My Commission expires: 3/1/18

Personally Known X OR
Produced Identification ______.

Type of Identification Produced:
______________________.

LESLIE ELAINE JOHNSON
Notary Public, State of Texas
My Commission Expires
March 01, 2018

4. Manuel G. Castro Jr and Mary Castro executed a Adjustable Rate Note dated March 07, 2006, in favor of Wells Fargo Bank, N.A. in the original principal sum of $191,250.00 (the "Note").

5. BSI FINANCIAL SERVICES, AS SERVICER FOR WELLS FARGO BANK, N.A. is the servicer of the loan and holds the Note.

6. The Note is secured by a Recorded Deed of Trust encumbering certain real property commonly known as 1501 OLIVE STREET, JOURDANTON, TX 78026.

7. The unpaid principal balance of this loan as of August 26, 2014 is $220,897.72.

8. The total post-petition arrearage due as of August 26, 2014 is $42,411.76. Please note that additional payments will come due after September 1, 2014. **Attached hereto as Exhibit "A" is a summary of the Debtor's post-payment history, including default dates and amounts.**

9. The sums set forth in this affidavit do not include any late charges, escrow advances, attorneys' fees, cost, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

10. The Note, and Supplemental Riders, Amendments, Modifications, Deed of Trust, and Assignments, if any, are attached hereto as Exhibit "A" and are true and accurate copies of the originals.

Further Affiant Sayeth Not.

BY: [signature]
**AFFIANT**

Not adjustabl its A fixed rate

See copy of Wells Fargo statement

Subscribed and sworn to before me this 29 day of August 2014, by Leslie Elaine Johnson.

[signature] Notary Public

State of Texas
My Commission expires: 3/1/18

Personally Known X OR
Produced Identification ______.

Type of Identification Produced:
______________________.

LESLIE ELAINE JOHNSON
Notary Public, State of Texas
My Commission Expires
March 01, 2018

3. On or about August 31, 2012, MANUEL GUADALUPE CASTRO, JR. (hereinafter Debtor) filed a Voluntary Petition For Relief under Chapter 13 of the Bankruptcy Code, thereby initiating the above-styled Bankruptcy Case. MARY K. VIEGELAHN is the duly appointed and acting Chapter 13 Trustee.

4. On March 07, 2006, Manuel G. Castro Jr executed an Adjustable Rate Note ("Note") in the original principal amount of $191,250.00, payable to the order of Wells Fargo Bank, N.A.

5. Concurrently with the execution of the Note, Manuel G. Castro Jr and Mary Castro, Husband and wife, executed a Deed of Trust granting a lien on certain real property ("Property") to secure payment of the Note. Mary Castro is not a debtor in this bankruptcy, but is protected by the Co-Debtor Stay of 11 U.S.C. §1301. The Deed of Trust grants a lien on the Property described as follows:

BEING A 9.45 ACRE TRACT SITUATED IN THE POITEVENT SURVEY, ABSTRACT 1239, ATASCOSA COUNTY, TEXAS, AND BEING THAT SAME 9.45 ACRE TRACT AS CONVEYED BY THOMAS F PERKS AND LOLA M. PERKS TO MANUEL G. CASTRO AND MARY A. CASTRO RECORDED IN VOLUME 152, PAGE 442, OFFICIAL PUPLIC RECORDS OF ATASCOSA COUNTY, TEXAS; SAID 9.45 ACRE TRACT SURVEYED BY JEFFREY B. BERGER, R.P.L.S. NO. 5558 ON AUGUST 19, 2005 AND BEING MADE PARTICULARLY DESCRIBED ON EXHIBIT "A" ATTACHED TO THE DEED OF TRUST.

Also known as:
1501 OLIVE STREET
JOURDANTON, TX 78026

The Deed of Trust was duly recorded in ATASCOSA County Deed Records.

6. Debtor alleges to be the current owner of record of the Property. The Confirmed Chapter 13 Plan provides for direct ongoing payments.

7. Debtor is in default on the obligation to Movant in that Debtor has failed to make installment payments when due and owing pursuant to the terms of the above-described Note.

8. As of August 26, 2014, the status of the indebtedness is as follows:

a) Debtor is due for November 2012 post petition and subsequent months. Payments are currently $2,448.04 per month. The unpaid principal balance due and owing to Movant on the Note is $220,897.72

b) Additional fees have been incurred, including Movant's reasonable attorney fees and costs in an amount allowable by local practice, rule, or order.

NO. 2011-CI-15957

| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| MANUEL G. CASTRO AND | § | 45 JUDICIAL DISTRICT |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

**ORDER ON MOTION TO DECLARE AGREEMENT FOR FINAL DIVORCE VOID**

On September 16, 2014 and September 29, 2014, the Court heard Movant Mary Ann Castro's Motion to Declare Agreement for Final Divorce Void.

Movant Mary Ann Castro appeared in person and by attorneys of record, Sarah Anne Lishman and Jamie L. Graham, and announced ready.

Respondent Manuel G. Castro appeared in person and by attorney of record, Joseph Appelt, and announced ready.

The Court finds that the "Agreement for Final Divorce" was orally pronounced and rendered by Judge David A. Canalles on October 30, 2013. The Court further finds that the "Agreement for Final Divorce" was approved by the bankruptcy court in Cause No. 12-52696 on July 31, 2014, and THEREFORE ORDERS that the Motion to Declare Agreement for Final Divorce Void is DENIED.

All relief not expressly granted is DENIED.

SIGNED ON ________________________.

______________________________
JUDGE LAURA SALINAS

## III. RELIEF FROM THE STAY

9. Movant requests that this Honorable Court terminate the automatic stay provisions of the Bankruptcy Code to allow Movant to exercise all of its rights and remedies against the Debtor and Co-Debtor under state law, including, inter alia, foreclosing its lien on the Property.

10. Movant alleges that cause exists for the lifting of the stay and Movant's interest is not adequately protected. 11 U.S.C. § 362(d)(1). The assessed value by Atascosa County is $241,300.

11. It has been necessary for Movant to hire the law firm of Codilis & Stawiarski, P.C. to collect the debt owed to it through this Court. Pursuant to the Note and Deed of Trust, Movant is entitled to reimbursement of its reasonable attorneys' fees for their services.

12. Movant requests that an Order granting its motion for relief from automatic stay and Co-Debtor Stay, if such Order should be entered, will be effective immediately upon entry and, Rule 4001 (a) (3), is waived, and enforcement of such Order will not be stayed until the expiration of fourteen days after entry of the Order.

13. Movant further requests that upon termination of stay, it be exempt from further compliance with FRBP 3002.1.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court enter an Order granting relief from the automatic stay to allow Movant to exercise and enforce all its rights and remedies against the Debtor and Co-Debtor as a secured creditor and perfected lienholder to the Property; including, but not limited to, payments of bankruptcy attorney fees and costs in the amount of $800.00, foreclosure and disposition of the Property, payment of costs, expenses, and reasonable attorneys' fees in accordance with the terms of the Note and Deed of Trust and for such other and further relief to which Movant may show itself justly entitled, either at law or in equity.

Respectfully submitted,
***Codilis & Stawiarski, P.C.***
By: /s/ Angela K. Randermann

Angela K. Randermann SBOT 24029787 (31688)
Yvonne V. Valdez SBOT 24069019
650 N. Sam Houston Parkway East, Suite 450
Houston, Texas 77060 (281) 925-5200
Facsimile: (281) 925-5300
**ATTORNEYS FOR MOVANT**

# BUCKLEY ■ MADOLE

**Buckley Madole, P.C.**
14841 Dallas Parkway, Suite 425
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

**LEGAL PRECEDENT IS NOT CLEAR AS TO WHETHER THE SENDING OF THIS LETTER MAKES US A DEBT COLLECTOR. TO THE EXTENT IT DOES, PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

December 2, 2014

MARY CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

Re: Loan No.: 44675

Property: 1501 OLIVE STREET, JOURDANTON, TX 78026

**FAIR DEBT COLLECTION PRACTICES ACT NOTIFICATION**

We represent BSI Financial Services, Inc., whose address is 7505 Irvine Center Drive, Irvine, CA 92618 which, if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement concerning the Note and Deed of Trust which are associated with the above referenced loan number.

Our firm has been requested to pursue foreclosure processing in accordance with the terms of the Note and Deed of Trust and applicable law.

1. According to the information provided to us by our client, the total amount required to cure the default under the note and deed of trust through December 15, 2014 is $79,019.30 and the total amount required to payoff the debt through November 30, 2014 is $275,251.54.

2. Because of payment installments that accrue monthly and other charges that may vary from day to day, the total amount required to cure the default may be greater on the day that you choose to pay. Likewise, because of interest and/or other charges that may vary from day to day, the total amount required to payoff the debt may be greater on the day that you choose to pay. Hence, should you choose to pay either of the amounts shown above, an adjustment may be necessary after your check is received in which event we will notify you before the check is deposited for collection. For further information, write our firm at Buckley Madole, P.C., Attn: Foreclosure Department, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254 or call us at (972) 643-6600 .

3. You have thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute it within that period, our firm will presume that it is valid.

4. If you notify our firm in writing within the thirty-day period that the debt, or any portion thereof, is disputed, our firm will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our firm.

If you require further information, please let us hear from you.

Very truly yours,

Buckley Madole, P.C.

210-308-6939

BSI Financial Services

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
1-800-327-7861
814-217-1366 Fax
www.bsifinancial.com

To: Attorney Matthew Obremier
Mr. Maryann Castro

April 27, 2015

MANUEL G CASTRO JR
MARY ANN CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

**NOTICE OF SERVICING TRANSFER**

Account #: 44675

The servicing of your mortgage loan is being transferred, effective May 15, 2015. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

BSI Financial Services is now collecting your payments. BSI Financial Services will stop accepting payments received from you after May 14, 2015.

SN Servicing Corporation will collect your payments going forward. Your new servicer will start accepting payments received from you on May 15, 2015.

**Send all payments due on or after May 15, 2015 to SN Servicing Corporation at this address:**

SN Servicing Corporation
PO Box 602814
Charlotte, NC 28260-2814

If you have any questions for either your present servicer, BSI Financial Services or your new servicer SN Servicing Corporation about your mortgage loan or this transfer, please contact them using the information below:

**Current Servicer:**
BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354
1-800-327-7861
Mon.-Fri. 8:00 a.m. – 11:00 p.m. EST
Saturday 8:00 a.m. – 12:00 p.m. EST

**New Servicer:**
SN Servicing Corporation
Customer Correspondence
323 Fifth Street
Eureka, CA 95501
1-800-603-0836
Mon.-Fri. 8:00 a.m. – 5:00 p.m. PST

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Thurs. 8:00 am to 8:00 pm (ET), Fri. 8:00 am to 5:00 pm (ET), Sat. 8:00 am to 12:00 pm (ET). Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608). If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

## NOTICE OF ACCELERATION AND NOTICE OF TRUSTEE'S SALE

**DEED OF TRUST INFORMATION:**

| | |
|---|---|
| **Date:** | 03/07/2006 |
| **Grantor(s):** | MANUEL G CASTRO JR, MARY ANN CASTRO |
| **Original Mortgagee:** | WELLS FARGO BANK, N.A. |
| **Original Principal:** | $191,250.00 |
| **Recording Information:** | Instrument 80487 |
| **Property County:** | Atascosa |
| **Property:** | BEING A 9.45 ACRE TRACT SITUATED IN THE J. POITEVENT SURVEY, ABSTRACT 1239, ATASCOSA COUNTY, TEXAS, AND BEING THAT SAME 9.45 ACRE TRACT AS CONVEYED BY THOMAS F. PERKS AND LOLA M. PERKS TO MANUEL G. CASTRO AND MARY A. CASTRO RECORDED IN VOLUME 152, PAGE 442, OFFICIAL PUBLIC RECORDS OF ATASCOSA COUNTY, TEXAS; SAID 9.45 ACRE TRACT SURVEYED BY JEFFREY B. BERGER, R.P.L.S. NO. 5558 ON AUGUST 19, 2005 AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: |

BEGINNING AT A 1/2" STEEL ROD WITH A RED PLASTIC CAP STAMPED "RPLS 5558" ON THE NORTH LINE OF COUNTY ROAD 438 (ALSO KNOWN AS OLIVE STREET) AT THE SOUTHWEST CORNER OF THE REMAINING PORTION OF A 106.23 ACRE TRACT AS RECORDED IN VOLUME 78, PAGE 430, DEED RECORDS OF ATASCOSA COUNTY, TEXAS, FOR THE MOST SOUTHERLY SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 89 DEG 54` 00" WEST 509.51 FEET (BASIS OF BEARINGS) WITH SAID NORTH LINE OF COUNTY ROAD 438 TO A STEEL FENCE CORNER POST AT THE MOST SOUTHERLY SOUTHEAST CORNER OF THE EUGENE C. JUPE FAMILY LIMITED TRACTS AS RECORDED IN VOLUME 251, PAGE 537 AND VOLUME 251, PAGE 543, OFFICIAL PUBLIC RECORDS OF ATASCOSA COUNTY, TEXAS, FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 00 DEG 40` 00" WEST 405.38 FEET ALONG A WIRE FENCE WITH A COMMON LINE OF SAID 9.45 ACRE TRACT AND SAID EUGENE C. JUPE FAMILY LIMITED TRACTS TO A STEEL FENCE CORNER POST AT AN INTERIOR CORNER OF SAID EUGENE C. JUPE FAMILY LIMITED TRACTS, FOR THE MOST SOUTHERLY NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE ALONG A BARBED WIRE FENCE WITH THE COMMON LINES OF SAID 9.45 ACRE TRACT AND SAID EUGENE C. JUPE FAMILY LIMITED TRACTS, NORTH 89 DEG 54` 00" EAST 467.00 FEET TO A STEEL FENCE CORNER POST FOR AN INTERIOR CORNER OF THE HEREIN DESCRIBED TRACT AND NORTH 00 DEG 40` 00" WEST 467.00 FEET TO A STEEL FENCE CORNER POST TO A CORNER OF SAID EUGENE C. JUPE FAMILY LIMITED TRACTS, FOR THE MOST NORTHERLY NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 89 DEG 54` 00" EAST 467.00 FEET ALONG A BARBED WIRE FENCE WITH THE NORTHERNMOST NORTH LINE OF SAID 9.45 ACRE TRACT TO A STEEL FENCE CORNER POST ON THE WEST LINE OF A 52.01 ACRE TRACT AND A 7.70 ACRE TRACT AS RECORDED IN VOLUME 303, PAGE 283, OFFICIAL PUBLIC RECORDS OF ATASCOSA COUNTY, TEXAS, FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00 DEG 40` 00" EAST 432.18 FEET ALONG A WIRE FENCE WITH THE COMMON LINE OF SAID 9.45 ACRE TRACT, AND SAID 52.01 ACRE TRACT AND SAID 7.70 ACRE TRACT TO A 1/2" STEEL ROD FOUND AT THE NORTH CORNER OF SAID REMAINING PORTION OF 106.23 ACRE TRACT, FOR THE MOST NORTHERLY SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE ALONG A BARBED WIRE FENCE WITH THE COMMON LINES OF SAID 9.45 ACRE TRACT AND SAID REMAINING PORTION OF 106.23 ACRE TRACT, SOUTH 89 DEG 54` 00" WEST 415.69 FEET TO A 1/2" STEEL ROD FOUND AT THE NORTHWEST CORNER OF SAID REMAINING PORTION OF 106.23 ACRE TRACT, FOR AN INTERIOR CORNER OF THE HEREIN DESCRIBED TRACT AND SOUTH 00 DEG 28` 41" WEST 440.20 FEET TO THE POINT OF BEGINNING AND CONTAINING 9.45 ACRES OR 411,771 SQUARE FEET, MORE OR LESS.

**Reported Address:** 1501 OLIVE STREET, JOURDANTON, TX 78026

**MORTGAGE SERVICING INFORMATION:**

The Mortgage Servicer, if not the Current Mortgagee, is representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement.

| | |
|---|---|
| **Current Mortgagee:** | MLB SUB I, LLC |
| **Mortgage Servicer:** | BSI Financial Services, Inc. |
| **Current Beneficiary:** | MLB SUB I, LLC |
| **Mortgage Servicer Address:** | 7505 Irvine Center Drive, Irvine, CA 92618 |

**SALE INFORMATION:**

| | |
|---|---|
| **Date of Sale:** | Tuesday, the 6th day of January, 2015 |
| **Time of Sale:** | 12:00PM or within three hours thereafter. |
| **Place of Sale:** | AT THE WEST PORCH TO THE ATASCOSA COUNTY COURTHOUSE in |



|  |  |
|---|---|
|  | Atascosa County, Texas, or, if the preceeding area is no longer the designated area, at the area most recently designated by the Atascosa County Commissioner's Court. |
| **Substitute Trustee(s):** | Troy Martin or Alexis Martin or Cassie Martin or Terri Martin or Melody Speer, Cristina Camarata, Sammy Hooda, Michael Burns, Alexander Wolfe, Suzanne Suarez or Adam Womack, any to act |
| **Substitute Trustee Address:** | 14841 Dallas Parkway, Suite 425, Dallas, TX 75254 |

WHEREAS, the above-named Grantor previously conveyed the above described property in trust to secure payment of the Note set forth in the above-described Deed of Trust; and

WHEREAS, a default under the Note and Deed of Trust was declared; such default was reported to not have been cured; and all sums secured by such Deed of Trust were declared to be immediately due and payable; and

WHEREAS, the original Trustee and any previously appointed Substitute Trustee has been removed and Troy Martin or Alexis Martin or Cassie Martin or Terri Martin or Melody Speer, Cristina Camarata, Sammy Hooda, Michael Burns, Alexander Wolfe, Suzanne Suarez or Adam Womack, any to act, have been appointed as Substitute Trustees and requested to sell the Property to satisfy the indebtedness; and

WHEREAS, the undersigned law firm has been requested to provide these notices on behalf of the Current Mortgagee, Mortgage Servicer and Substitute Trustees;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN of the foregoing matters and that:

1. The maturity of the Note has been accelerated and all sums secured by the Deed of Trust have been declared to be immediately due and payable.
2. Troy Martin or Alexis Martin or Cassie Martin or Terri Martin or Melody Speer, Cristina Camarata, Sammy Hooda, Michael Burns, Alexander Wolfe, Suzanne Suarez or Adam Womack, any to act, as Substitute Trustee will sell the Property to the highest bidder for cash on the date, at the place, and no earlier than the time set forth above in the Sale Information section of this notice. The sale will begin within three hours after that time.
3. This sale shall be subject to any legal impediments to the sale of the Property and to any exceptions referenced in the Deed of Trust or appearing of record to the extent the same are still in effect and shall not cover any property that has been released from the lien of the Deed of Trust.
4. No warranties, express or implied, including but not limited to the implied warranties of merchantability and fitness for a particular purpose shall be conveyed at the sale, save and except the Grantor's warranties specifically authorized by the Grantor in the Deed of Trust. The property shall be offered "AS-IS", purchasers will buy the property "at the purchaser's own risk" and "at his peril", and no representation is made concerning the quality or nature of title to be acquired. Purchasers will receive whatever interest Grantor and Grantor's assigns have in the property, subject to any liens or interests of any kind that may survive the sale. Interested persons are encouraged to consult counsel of their choice prior to participating in the sale of the property.

Very truly yours,

Buckley Madole, P.C.



June 2,2015

To: SN SERVICING CORPORATION

323 5TH STREET

EUREKA CA 95501

FROM:

Maryann Castro

1501 Olive

Jourdanton Texas 78026

Re: New Loan Number 0000261440

Old Loan Number 44675

Collateral 1501 OLIVE STREET, JOURDANTON TEXAS 78026

Dear: SIR/ MAM NOTICE OF DISPUTE

The following problem have occurred in reference to this property you purchased below property value and the two Servicers Wells Fargo Home Mortgage, BSI Financial TOOK part in Mortgage fraud and this has been reported to the Attorney General Of Texas, and the homeowners principle residence Maryann Castro submitted two request the following were submitted a loan Modification and a harp application her request were not denied nor were they approved she never received a response and had to retain an Attorney in Jan 1,2015 to stop foreclosure .And it was stopped and the Mortgage Servicer BSI FINANCIAL did not offer a modification wanted 45,000 to settle the property value is 125,000 and the land is 54,000 see copy of Certified Appraisal.

Maryann Castro was awarded the property 1501 Olive on Oct 30,2013 while Wells Fargo held the note and made many promises saying the Modification was in process when it never was Manuel Castro held the note at that time and Wells Fargo never made any attempt to process the Modification knowing there was a hardship at that time Manuel Castro and Maryann Castro were in process of Divorce and Manuel Castro was to make Mortgage Payments and did not he filed Bankruptcy and did not tell Maryann Castro at that time her name was on the Deed Only see the name of the Borrower it says Manuel Castro.

Upon final Divorce Maryann Castro did not know Manuel Castro had not made any Mortgage payments and had the home Mortgage in Bankruptcy Protection and owed a balance there is no final Divorce

SN Servicing request Making Home Affordable

Decree Filed yet. Upon Oct 30,2013 Wells Fargo sold the Note to BSI Financial and this Account was in Active Bankruptcy and Arrears were being deducted weekly from Manuel Castro paycheck see bankruptcy statement BSI Financial put the Debt of Arrears in Maryann Castro name and did not have permission did not notify her they received a copy of the Divorce Decree it was to show she was awarded the Home 1501 Olive not the Debt. The fraud that was committed by BSI Financial has been reported to the Attorney General Office and to the Court Of Appeals in San Antonio Texas.

Maryann Castro has made many Attempts to Contact BSI Financial to request a loan modification a harp application and sent it via certified mail and nothing was ever processed and this note was in litigation again now a New Servicer SN Servicing purchase this note below appraisal value attempting to collect what the following Banks have sold below cost in Attempt to collect money causing the high balance on this account for failure to process a loan Modification and putting the unpaid debt Manuel Castro did not pay now remember the Loan was in his name through Wells Fargo then BSI Fraudly put the Debt in Maryann Castro name when she didn't sign the Loan Mortgage due to her disability see copy BSI Put the Debt in Maryann Castro name because of the Document a handwritten Statement showing home 1501 Olive was Awarded to her on Oct 30,2013 Maryann Castro attempt was to process a Making Home Affordable Modification or Harp Due to Divorce Medical ,Job Loss. Instead the BSI Servicer applied the Debt in Maryann Castro name when she didn't sign the Home Mortgage loan on this Account when it was Granted and that is Fraud it has been reported to the Better Business Bureau and Attorney General of Texas And she has also Retained Attorney Matthew Obremier of San Antonio Now before it goes any further Maryann Castro is sending again request of A Modification Making Home Affordable (MHA) This was a Fannie Mae account when Wells Fargo granted the Loan a fixed rate and the payments were 1789.00 that is too high Maryann Castro needs the Servicer to process a Modification at 2.4% interest a 30 or even 40 year note and eliminate the high overcharged fees that were applied prior to the new purchaser SN Servicing Corporation accepted not knowing the Actual truth of the account purchase below the value and expect to collect not knowing the Actual facts and lower the house payment at 867.69 monthly.

The Servicer Wells Fargo BSI AND prior Owner Manuel G. Castro JR. did not pay the property taxes 2013 and did not insure the home Mortgage property Maryann Castro when she retained the property did not know this and has kept up with Making Sure the Collateral has Home Owners insurance see Policy and taxes are being paid see Balance 2013 were in default and the tax collector wanted to enforce and order and Maryann Castro stopped it by paying the past due balance Monthly there is still a balance of 725.00 see copy of Tax statement.

A copy of this Letter is going to the Following persons

Appeals Court in San Antonio Texas

Attorney Matthew Obremier

Credit Bureau

Attorney General of Texas

Maryann Castro is seeking a Making Home Affordable Modification

Home Affordable Unemployment Programs


SN Servicing request Making Home Affordable

Home Affordable Foreclosures Alternative,

Harp Application due to Divorce, Medical, Job Loss.

Affordable Mortgage Payments Relief

1501 Olive is Maryann Castro primary residence when she retained ownership through Divorce she did not know the status of the Account the prior owner had it and had defaulted. Please assist in processing her Request to avoid anymore unneeded unwanted overcharge fees and Attorney fees as she was never provided the Service she applied for to making the Home Affordable.

Respectfully

Maryann Castro

Copy of letter sent Attorney Matthew Obermeier, Appeals Court Of San Antonio

Matthew Obermeier

14255 Blanco Rd

San Antonio Texas 78216

210-296-5828

Ho

SN Servicing request Making Home Affordable

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SN Servicing
323 5th St
Eureka CA
95501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name) [signature] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 0 8 2015

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7014 3490 0000 9237 1356

PS Form 3811, July 2013 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Security National
Bank Holding Co. LLC
13702 Coursey Blvd
Bldg 2
Baton Rouge, LA
~~CA~~ 70817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) John S. Morales C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7014 3490 0000 9237 1363

PS Form 3811, July 2013 Domestic Return Receipt

BUCKLEY ■ MADOLE

**Buckley Madole, P.C.**
14841 Dallas Parkway, Suite 425
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

**LEGAL PRECEDENT IS NOT CLEAR AS TO WHETHER THE SENDING OF THIS LETTER MAKES US A DEBT COLLECTOR. TO THE EXTENT IT DOES, PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

December 2, 2014

MARY CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

Re: Loan No.: 44675

Property: 1501 OLIVE STREET, JOURDANTON, TX 78026

**FAIR DEBT COLLECTION PRACTICES ACT NOTIFICATION**

We represent BSI Financial Services, Inc., whose address is 7505 Irvine Center Drive, Irvine, CA 92618 which, if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement concerning the Note and Deed of Trust which are associated with the above referenced loan number.

Our firm has been requested to pursue foreclosure processing in accordance with the terms of the Note and Deed of Trust and applicable law.

1. According to the information provided to us by our client, the total amount required to cure the default under the note and deed of trust through December 15, 2014 is $79,019.30 and the total amount required to payoff the debt through November 30, 2014 is $275,251.54.

2. Because of payment installments that accrue monthly and other charges that may vary from day to day, the total amount required to cure the default may be greater on the day that you choose to pay. Likewise, because of interest and/or other charges that may vary from day to day, the total amount required to payoff the debt may be greater on the day that you choose to pay. Hence, should you choose to pay either of the amounts shown above, an adjustment may be necessary after your check is received in which event we will notify you before the check is deposited for collection. For further information, write our firm at Buckley Madole, P.C., Attn: Foreclosure Department, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254 or call us at (972) 643-6600 .

3. You have thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute it within that period, our firm will presume that it is valid.

4. If you notify our firm in writing within the thirty-day period that the debt, or any portion thereof, is disputed, our firm will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our firm.

If you require further information, please let us hear from you.

Very truly yours,

Buckley Madole, P.C.

ACCEPTED
041400785CV
FOURTH COURT OF APPEAL
SAN ANTONIO, TEXAS
1/9/2015 3:02:21 PM
KEITH HOTTLE
CLERK

**COURT OF APPEALS NO. 04-14-00785-CV**

**TRIAL COURT CASE NO. 2011 CI 15957**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/9/2015 3:02:21 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **MANUEL G. CASTRO AND MARY ANN CASTRO** | § | **45th JUDICIAL DISTRICT** |
| | § | **BEXAR COUNTY, TEXAS** |

**RESPONSE TO APPELLANT'S AFFIDAVIT OF INDIGENCY**

This Response is brought by Appellee, MANUEL G. CASTRO, by and through his attorney, JOSEPH P. APPELT, who shows in support thereof:

1. On or about December 29, 2014 Appellant filed certain documents, including an Affidavit of Indigency in this matter;

2. Appellee contests the validity of said affidavit based on several facts that have come to light during the course of the matter in District Court;

3. First, Appellant asserts in her sworn affidavit that her only source of income is her Social Security disability check in the amount of $788.00 per month. This is a false statement for the following reasons:

   a. Appellant, Mary Ann Castro, has a catering business "Catering by Mary Ann" as evidenced by the advertisement attached hereto as exhibit "A"

   b. Appellant has stated in court that she makes "$15 an hour," evidenced by her statement on line 15 of page 7 of the certified transcript attached hereto as Exhibit "B"

4. In addition, Appellee further objects to the validity of Appellant's affidavit in that she is currently the owner of a 2013 Chevrolet Cruz automobile; evidencing her income is greater than only the $788.00 monthly Social Security check she swore to in the said affidavit;

5. Also, Appellant files her affidavit in support of other filings indicating she does not have the financial resources to pay her costs or hire an attorney. Appellant has made this same assertions throughout the case at the District Court level yet she has retained the following attorneys in conjunction with her case:

   a. Edward Piker

   b. Rebecca C. Martinez (now a Justice on the 4th Court of Appeals)

Attached

    c. David Wilkerson

    d. Dinora Diaz

    e. Jamie Graham

    f. Sara Ann Lishman

    g. Steve Cennamo and

    h. Matthew Obremier

The attorney's a-f represented Appellant through various stages of the District Court proceedings as gleaned from the Case Summary form the Bexar County District Clerk printout attached hereto as Exhibit "C".

Attorney Steve Cennamo, with the Todd Malaise firm, represented Ms. Castro in one or more Bankruptcy hearings.

Attorney Matthew Obremier is unknown to Appellee, however, Appellant states in her filing with this Court date-stamped January 5, 2015 that she has "had to hire another attorney, Matthew Obremier..."

6. It is clear from the above that Appellant has not been forthcoming in her affidavit and has actually falsified information in an attempt to proceed with her appeal cost free. This would undoubtedly prejudice Appellee.

7. Based on the facts and evidence presented herein, Appellee requests this Court to deny Appellant's claim of indigency based on her affidavit. In addition, because of Appellant's willful misrepresentation of facts in her affidavit filed with this Court, Appellee requests Appellant be sanctioned in a manner deemed appropriate by the Court to include but not be limited to:

    a. Dismissing her appeal

    b. Denying Appellant any further requests for extensions of time related to the perfecting her appeal such as getting the record, transcript and filing of any brief. and

    c. Awarding Appellee a judgment for his reasonable and necessary attorney's fees in conjunction with filing this response.

8. It was necessary for Appellee to retain the services of JOSEPH P. APPELT to prepare and file this response to protect his rights. Appellee requests he be awarded his reasonable and necessary attorney's fees and costs associated with the filing of this Response pursuant the affidavit attached hereto as Exhibit "D"

9. Appellee requests any and all other such relief he may be entitled to in law or equity.

Respectfully Submitted,

Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By: [signature]

JOSEPH P. APPELT
SBN: 00789809
ATTORNEY FOR MANUEL G. CASTRO
APPELLEE

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 9, 2015.

[signature]

JOSEPH P. APPELT
Attorney for MANUEL G. CASTRO

RECEIPT FOR YOUR CLAIM FOR SUPPLEMENTAL SECURITY INCOME
RECEIPT DATE: March 22, 2001

MARYANN CASTRO 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

Cl: A. MOLINA

If you have a question or something to report call (210) 5345443. For general information about Social Security, visit our web site at www.ssa.gov on the Internet.

You may visit or write to the Social Security Office at:

SOCIAL SECURITY (MR Johnson)
ROOM 101
4100 S NEW BRAUNFELS
SAN ANTONIO TX 78223 (8/6/01)

Ms. Lopez

We will process your application for Supplemental Security Income as quickly as possible. You should hear from us within 120 days. If you do not hear from us by then, please get in touch with us.

We will let you know if we need more information to decide if you are eligible for SSI payments. In the meantime, if you move or change your mailing address, you--or someone for you-- should report the change to the office shown above.

Also, you (or someone for you) must let us know if you are admitted to a hospital or other medical facility. You could lose some SSI payments if you do not let us know right away.

Always give your Social Security number when writing or telephoning about your claim. If you have any questions about your claim, we will be glad to help you.

MARYANN CASTRO
919 SUTTON APT 22
SAN ANTONIO, TX 78228





# Your New Benefit Amount

1684494

BENEFICIARY'S NAME: MARYANN CASTRO

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your important financial records.

**How Much Will I Get And When?**

| | |
|---|---|
| • Your monthly amount (before deductions) is | $1,148.90 |
| • The amount we deduct for Medicare medical insurance is (If you did not have Medicare as of Nov. 20, 2014, or if someone else pays your premium, we show $0.00.) | $104.90 |
| • The amount we deduct for your Medicare prescription drug plan is (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.) | $0.00 |
| • The amount we deduct for voluntary Federal tax withholding is (If you did not elect voluntary tax withholding as of Nov. 20, 2014, we show $0.00.) | $0.00 |
| • After we take any other deductions, you will receive on or about Jan. 2, 2015. | $864.00 |

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

**[illegible]**

[illegible] services. [illegible] Monday through Friday. Recorded information and services are [illegible] are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you [illegible] to Social Security. If you are inside the United [illegible]

[illegible]
[illegible]

Mining Group Inc.
Opportunity Employer
: 31096
[E 68131 402/342-2052

**Advice Routing:**
Dept: 14965 - San Miguel Labor
Sub Payroll: 3
Pay Basis: Hourly

Pay Group: SUM-Hourly Cra
Pay Begin Date: 04/01/2013
Pay End Date: 04/07/2013

;uadalupe Castro Jr
:kory Shadow
f TX 78112

247763

LAST JOB WORKED:
Empl #: 00000
Job #: 14965
Location: San Miguel Labor

TAX DATA: Federal
Marital Status: Marriec
Allowances: 0
Addl. Pct.:
Addl. Amt.:

**HOURS AND EARNINGS**

| n | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| | 20.710000 | 40.00 | 828.41 | 523.50 | 10,824.70 |
| - Time and One H | 31.065000 | 18.00 | 559.17 | 147.00 | 4,562.38 |
| ay | | | | 23.00 | 471.39 |
| : Off | | | | 43.50 | 900.90 |
| w Non-Taxable | | | | | 324.83 |
| | | 58.00 | 1,387.58 | 737.00 | 17,084.20 |

**TAXES**

| Description |
|---|
| Fed Withholdng |
| Fed MED/EE |
| Fed OASDI/EE |
| Total: |

**BEFORE-TAX DEDUCTIONS**

| n | Current | YTD |
|---|---|---|
| ısurance | 54.59 | 771.50 |
| urance | 5.27 | 78.14 |
| | 59.86 | 849.64 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Employee Supplemental Lif | 5.10 | 76.50 |
| Accident Death & Dismbr - | 0.30 | 4.50 |
| Depend AD & D - KieChoice | 0.18 | 2.70 |
| Clothing | 4.15 | 60.25 |
| Garnishment - Bankruptcy | 184.62 | 2,769.30 |
| Total: | 194.35 | 2,913.25 |

**EMPLOYE**

| Description |
|---|
| Medical Insurance |
| Vision Insurance |
| Group Term Life Insuran |
| Group Term Life Insuran |
| Disability Insurance |
| * Taxable |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS |
|---|---|---|---|
| 1,387.58 | 1,329.00 | 259.91 | 254.21 |
| 17,084.20 | 15,928.86 | 3,029.85 | 3,762.89 |

E:

**NET PAY DIS**
Advice #53850
Total:

REPORTER'S RECORD

VOLUME 1 OF 1 VOLUME

TRIAL COURT CAUSE NO. 2011-CI-15957

| | | |
|---|---|---|
| MANUEL G. CASTRO | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 45TH JUDICIAL DISTRICT |
| | ) | |
| MARY A. CASTRO | ) | BEXAR COUNTY, TEXAS |

---

HEARING

DECEMBER 29, 2014

---

On the 29th day of December 2014, the following proceedings came on to be heard in the above-entitled and numbered cause before the HONORABLE BARBARA NELLERMOE, Judge Presiding, held in 45th District Court, San Antonio, Bexar County, Texas:

Proceedings reported by machine shorthand.

interest, and claim in and to that property:

H-1. All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of the husband or subject to his sole control.

H-2. All clothing, jewelry, and other personal effects in the possession of the husband or subject to his sole control,

H-3. All sums of cash in the possession of the husband or subject to his sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in the husband's sole name or from which the husband has the sole right to withdraw funds or which are subject to the husband's sole control.

H-4. All sums, whether matured or unmatured, accrued or unaccrued, vested or otherwise, together with all increases thereof, the proceeds therefrom, and any other rights related to any profit-sharing plan, retirement plan, Keogh plan, pension plan, employee stock option plan, 401(k) plan, employee savings plan, accrued unpaid bonuses, disability plan, or other benefits existing by reason of the husband's past, present, or future employment.

"I do Not agree the agreement is Fraud"

H-5. All individual retirement accounts, simplified employee pensions, annuities, and variable annuity life insurance benefits in the husband's name.

H-6. The 1999 Subaru motor vehicle, together with all prepaid insurance, keys, and title documents.

→ He bought with Foreclosure money, his Attorney lied said I committed fraud —

...ife

...ED AND DECREED that the wife, MARY ANN CASTRO, is awarded the ...nd separate property, and the husband is divested of all right, title, interest, ...t property:

same date, but signed on October 3, 2014.

JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

Joseph P. Appelt, P.C.
Attorney at Law
5825 Callaghan Rd. Ste. 104
San Antonio, TX 78228
Tel: (210) 375-1212
Fax: (210) 375-1213

By: ______________________
JOSEPH P. APPELT
Attorney for Petitioner
State Bar No. 00789809

M. Dinorah Diaz
Attorney at Law
2325 Vance Jackson
San Antonio, Texas 78213
Tel: (210) 341-3488
Fax: (210) 341-3762

The Law Offices of Jamie L. Graham
Tel.: (210) 308-6448

By: ______________________
~~DINORAH M. DIAZ~~ Sarah Anne Lishman
Attorney for Respondent
State Bar No. ~~05804750~~ 24086267

APPROVED AND CONSENTED TO AS TO BOTH FORM AND SUBSTANCE:

______________________
Petitioner

______________________
Respondent

LAWSUIT CASTRO Appelt Pacheco Dinorah DIAZ

I'm not signing LAWSUIT Trial

To: Michael and Misty Hernandez

7815 E 3RD St

Somerset Texas 78069

1965 PATTON ROAD

From:

Maryann Castro

1501 Olive

Jourdanton Texas 78026

Enclosed is the contract you signed and have not paid

YOU have not communicated with Maryann Castro or paid her for the 95 fleetwood double wide you agreed to purchase rent to own as is you do not own the 95 fleetwood its personal property owned by Maryann Castro you agreed to purchase as rent to own and have not made one payment last payment was on or about July 2011, you have two tax liens interest and a past due amount that has not been paid owe a outstanding balance to Maryann Castro

You owe Late fees, interest, taxes 2013, 2014 tax liens applied by the Atascosa county and conspired to own personal property you do not own and you have not paid off the agreement signed by you see copy.

Maryann Castro will accept a reasonable cash offer in the amount of 15,000 plus tax liens for 2013, 2014 total amount 15734.70 due to payoff to Maryann Castro July 1, 2015 repossession process will take place legally it's a serious matter that you ignored the agreement you signed on the rent to own basis and it was as is.

2011 Aug ,Sept ,Oct, Nov ,Dec with late fee =2750

2012 Jan-Dec No payments and late fee added 6600

2013 Jan-Dec No Payments and late fee added 6600

2014 Jan- Dec No payments and late fee added 6600

2015 no payment made Jan-June 2015 or taxes paid and late fee 3300

Unpaid taxes 378.81 2013 and there is a balance for 2014 355.90 TOTAL DUE IS 734.70 tax office has been notified you are not the owner of the 95 Fleetwood.

The agreement is void and Maryann Castro has the right to repossession until payment is made in full see offer and tax liens for 2013, 2014 are paid in full the 95 doublewide Fleetwood is owned by Maryann Castro who tried working it out with the Hernandez party Misty Hernandez threatened Maryann Castro knowing she is the owner of the 95 fleetwood and has not been paid in over 3 years and a half. Maryann Castro has the right to start repossession process July 1,2015 and terminate agreement that was not followed and you agreed to pay ignoring this will not make it go away.

Total due-26,207.29-

7000 you paid Green tree Servicer the title is not released to you and Maryann Castro did not authorize a release due to non-payment of agreement.

As of June 15,2015 still no-payment and two tax liens 2013,2014 applied to the 95 doublewide total due as of 6/1/2015 is 19,207.29 Maryann Castro will settle for 15,000 cash.

Copy sent on 6/1/2015 this is a legal matter and needs to be settled the servicer was paid and you disregarded the contract with the attempt to steal an asset not owned by Michael and Misty Hernandez and the rent to own agreement was not paid to Maryann Castro see contract Manuel Castro surrendered his interest and the contract was to be paid to Maryann Castro you have 30 days to respond and pay repossession will take place by law I am in the right the contract was never paid in full you have lived rent free and allowed tax liens to be attached to the property you do not own or have not paid off in your rent to own agreement with Maryann Castro Your Attorney did not clear you from paying me the outstanding balance . Please remit payment 15000 or surrender the 95 fleet wood you signed you will return 7/1/2015 if you do not pay and you have not made any payments or attempt any communication with Maryann Castro any repairs or remodeling you did on your own knowing the terms you signed it was as is Maryann Castro does not owe you anything and will legally reposes her personal property you did not pay for the property by law it's Maryann Castro personal property and she owns it and will take legal action in repossessing YOU DID NOT PAY OR ABIDE BY THE CONTRACT. It's like a car you don't pay repossession will take place legally.

Respectfully

Maryann Castro

1501 Olive

Jourdanton Texas 78026

Date 6/1/2015

Resent another notice 6/15/2015

Copy enclosed

   a)  Agreement and terms were sent 6/1/2015 certified
   b)  Tax liens against the 95 Fleetwood 2013,2014 734.70 sent 6/16/2015 mailed and certified

## Tax Lien History

Back to Previous Page

Total active tax liens: 2

HOME INFO

| HOME NBR | LABEL NUMBER | SERIAL NUMBER | HOME OWNER | OWNER ADDRESS | CITY | STATE | ZIP | ELECTION TYPE |
|---|---|---|---|---|---|---|---|---|
| HM00558736 | TEX0561908<br>TEX0561909 | TXFLS84A11032SC12<br>TXFLS84B11032SC12 | MANUEL CASTRO<br>MARY ANN CASTRO | 6026 HAZEL VALLEY | SAN ANTONIO | TX | 78242 | PPNW |

ATTACHED ACTIVE TAX LIENS

| | LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TEX0561908 | TXFLS84A11032SC12 | 2013 | 06/09/2014 | ELECTRONIC | | | CTC-000-10 ATASCOSA COUNTY TAX OFFICE | 65922 | 378.81 | CASTRO MANUEL & MARY ANN % MICHAEL & MISTY HERNANDEZ 78 SOMERSET TX 78069 |
| 2 | TEX0561908 | TXFLS84A11032SC12 | 2014 | 02/17/2015 | ELECTRONIC | | | CTC-000-10 ATASCOSA COUNTY TAX OFFICE | 65922 | 355.90 | CASTRO MANUEL & MARY ANN % MICHAEL & MISTY HERNANDEZ 78 SOMERSET TX 78069 |

UNATTACHED ACTIVE TAX LIENS

**Unattached liens are liens filed with the department that have not been attached to a specific home either by serial number or label.**

| LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|

**No unattached active tax liens found**

ATTACHED RELEASED TAX LIENS

| | LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1998 | 07/30/1999 | APX | 09/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | m54114 | 326.54 | |
| 2 | | | 1999 | 06/16/2000 | APX | 09/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 338.47 | |
| 3 | | | 2000 | 08/31/2001 | APX | 09/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | m54114040001300000430 | 386.96 | |
| 4 | | | 2001 | 08/05/2005 | APX | 08/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 5 | | | 2002 | 08/05/2005 | APX | 08/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 6 | | | 2003 | 08/05/2005 | APX | 08/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 7 | | | 2006 | 04/09/2007 | APX | 06/04/2008 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 8 | | | 2006 | 04/09/2007 | APX | 06/04/2008 | APX | 007-201-06 EVERGREEN UNDERGROUND WATER CONSERVATION DISTRICT | M54114 | 0.00 | |
| 9 | | | 2006 | 04/09/2007 | APX | 06/04/2008 | APX | 007-902-02 JOURDANTON INDEPENDENT SCHOOL DISTRICT | M54114 | 0.00 | |

UNATTACHED RELEASED TAX LIENS

**Unattached liens are liens filed with the department that have not been attached to a specific home either by serial number or label.**

| LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|

**No unattached released tax liens found**

3:42
(830) 570-5885
documents goodbye
11/17/2013, 6:36p
There is no statement just transfer information which i will mail to you tomorrow.put the house for sell before we both dont get anything attorney said i
11/17/2013, 6:43p
t could be lifted anytime.greentree sold to hernandez for 7000.00.dont be stubborn.
11/17/2013, 6:43p

GREEN TREE SERVICING LLC
1-800-643-0202
345 SAINT PETER STREET L1000 99C
SAINT PAUL, MN 55102

+ 0533473 000024097 096T9C 0937907 01252015
MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

SC0104-000

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the creditor has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note.** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; H—Expiration of nonpayment testing period; or I—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099c.*

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-1424 | |
|---|---|---|---|
| GREEN TREE SERVICING LLC<br>345 SAINT PETER STREET L1000 99C<br>SAINT PAUL, MN 55102<br>1-800-643-0202 | | **2014**<br>Form **1099-C** | **Cancellation of Debt** |
| CREDITOR'S Federal identification number: 41-1795868 | DEBTOR'S identification number: XXX-XX-5895 | 1 Date of identifiable event: 02/04/2014 | 2 Amount of debt discharged: $ 11,792.97 |
| DEBTOR'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | | 3 Interest if included in box 2: $ | 4 Debt description: Mortgage Loan |
| MARY ANN CASTRO<br>PO BOX 495<br>PLEASANTON TX 78064-0495 | | 5 If checked, the debtor was personally liable for repayment of the debt. ☒ | |
| | | 6 Identifiable event code: A | 7 Fair market value of property: $ |
| | | Account number (see instructions): 27502923 | |

**Copy B For Debtor**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

AF08FH Standard

Form **1099-C** (Keep for your records.) www.irs.gov/form1099c Department of the Treasury - Internal Revenue Service

green tree

Green Tree Servicing LLC
Document Custody – T313
7360 S. Kyrene Rd.
Tempe, AZ 85283
1-888-315-8733
Fax 1-888-221-7381
GTServicing.com

February 13, 2014

HIGIER, ALLEN AND LAUTIN
ATTN:RICHARD MCKINNEY
5057 KELLER SPRINGS RD., STE 600
ADDISON, TX 75001

RE: Account Number 275029239

Dear SIR OR MADAM:

Our records indicate the above-referenced account with Green Tree Servicing LLC* ("Green Tree") has been settled in full. Enclosed are certain original documents you should retain for your records in connection with your account.

If you have any questions regarding this account, please contact our Document Custody department at 1-888-315-8733 ext. 33705.

Sincerely,

Green Tree

* Green Tree Servicing LLC and related entities, including, for certain loans, in Alabama, Green Tree-AL LLC; in Minnesota, Green Tree Loan Company; and in Pennsylvania, Green Tree Consumer Discount Company.

# Statement of Account

**NOTICE: This is a statement of Taxes Due as of 06/01/2015 12:26:41PM based upon the tax records of the tax office.**

ATASCOSA COUNTY TAX OFFICE
1001 OAK STREET
JOURDANTON, TX 78026

**Property Information**

Property ID: 65922 Geo ID: 00769-00-000-000505
Legal Acres: 0.0000
Legal Desc: IMPROVEMENT ONLY, LABEL #TEX0561908, LOC ON PID 58181
Situs: 1965 PATTON RD ,
DBA:
Exemptions:

Owner ID: 145456 Ownership: 100.00%
CASTRO MANUEL & MARY ANN
% MICHAEL & MISTY HERNANDEZ
7815 E 3RD ST
SOMERSET, TX 78069

**Value Information**

| | |
|---|---|
| Improvement HS: | 19,910 |
| Improvement NHS: | 0 |
| Land HS: | 0 |
| Land NHS: | 0 |
| Productivity Market: | 0 |
| Productivity Use: | 0 |
| Assessed Value | 19,910 |

| Entity | Description | Pct. | Ex Code | Description |
|---|---|---|---|---|
| FMLR | FARM TO MARKET ROAD | 100.00% | | |
| GAT | ATASCOSA COUNTY | 100.00% | | |
| SPO | POTEET ISD | 100.00% | | |
| WEV | EVERGREEN WATER DIST | 100.00% | | |

**Unpaid Bills Summary**

| Entity | Year | Statement ID | Tax Rate | Type | Tax Due | Disc/P&I | Attorney Fees | Total Due |
|---|---|---|---|---|---|---|---|---|
| FMLR | 2013 | 53837 | 0.076000 | L | 9.94 | 2.88 | 1.92 | 14.74 |
| GAT | 2013 | 53837 | 0.340600 | L | 44.55 | 12.91 | 8.62 | 66.08 |
| SPO | 2013 | 53837 | 1.419000 | L | 185.59 | 53.82 | 35.91 | 275.32 |
| WEV | 2013 | 53837 | 0.006000 | L | 0.78 | 0.22 | 0.15 | 1.15 |
| **Total for Year 2013** | | | | | **240.86** | **69.83** | **46.60** | **357.29** |
| **Total For All Years** | | | | | **240.86** | **69.83** | **46.60** | **357.29** |

**Total Due if Paid By 06/30/2015 357.29**

**Paid Refunds Summary**

| Entity | Year | Statement ID | Date Refunded | Refund Amount Paid |
|---|---|---|---|---|
| **Total For Year 2013** | | | | **0.00** |
| FMLR | 2009 | 6439 | 01/07/2010 | 0.70 |
| GAT | 2009 | 6439 | 01/07/2010 | 3.11 |
| SPO | 2009 | 6439 | 01/07/2010 | 6.13 |
| WEV | 2009 | 6439 | 01/07/2010 | 0.06 |
| **Total For Year 2009** | | | | **10.00** |
| | | | Total Refunds Paid | 10.00 |

*** End of Statement ***

**NOTICE: This document is not a tax certificate and does not absolve a Taxpayer from tax liability in any way. If this document is found to be in error, it may be corrected by the Collection Office listed above. Responsibility to pay the remaining taxes rests entirely with the Taxpayer, as outlined in the Texas Property Tax Code.**

True Automation, Inc.

3:42
(830) 570-5885
documents goodbye
11/17/2013, 6:36p
There is no statement just transfer information which i will mail to you tomorrow.put the house for sell before we both dont get anything attorney said i
11/17/2013, 6:43p
t could be lifted anytime.greentree sold to hernandez for 7000.00.dont be stubborn.
11/17/2013, 6:43p

To; Michael and Misty Hernandez

7815 E 3RD St

Somerset Texas 78069

From;

Maryann Castro

1501 Olive

Jourdanton Texas 78026

Enclosed is the contract you signed and attempted fraud by not communicating with Maryann Castro who did not surrender her interest.

You owe ~~ate~~ fees, interest, taxes and have not made one payment on or about July 2011 and conspired to own a asset that you have not paid off the agreement signed by you see copy.

Maryann Castro will accept a reasonable offer in the amount of 15,000 the balance owed to Maryann Castro is

2011 Aug,St,Oct,Nov,Dec with late fee =2750

2012 Jan-Dec No payments and late fee added 6600

2013 Jan-Dec No Payments and late fee added 6600

2014 Jan- Dec No payments and late fee added 6600

2015 no payment made or taxes paid and late fee 3300

Unpaid taxes 357.29

The agreement is void and right to repossession until payment is made in full the agreement is valid and it was not given to you the 95 fleetwood I tried working it out with you and you threatened me. I am in my right to reposes and you agreed to pay and pay the terms ignoring this will not make it go away.

Total due-26,207.29-7000 you paid Greentree Servicer the title is not released to you due to non-payment total due as of 6/1/2015 is 19,207.29 Maryann Castro will settle for 15,000.

Copy sent on 6/1/2015 this is a legal matter and needs to be settled the servicer was paid and you disregarded the contract with the attempt to steal an asset not awarded to you and debt not paid to Maryann Castro see contract Manuel Castro surrendered his interest and the debt is to be paid to

Maryann Castro you have 30 days to respond and pay repossession will take place by law I am in the right the contract was never paid in full. Your Attorney did not clear you from paying me the outstanding balance. Please remit payment or surrender the 95 fleet wood you signed you will return if you do not pay and you have not attempted any communication or payment.

Respectfully

Maryann Castro

1501 Olive

Jourdanton Texas 78026

Date 6/1/2015

# Statement of Account

NOTICE: This is a statement of Taxes Due as of 06/01/2015 12:26:41PM based upon the tax records of the tax office.

ATASCOSA COUNTY TAX OFFICE
1001 OAK STREET
JOURDANTON, TX 78026

**Property Information**

Property ID: 65922 Geo ID: 00769-00-000-000505
Legal Acres: 0.0000
Legal Desc: IMPROVEMENT ONLY, LABEL #TEX0561908, LOC ON PID 58181
Situs: 1965 PATTON RD ,
DBA:
Exemptions:

Owner ID: 145456 Ownership: 100.00%
CASTRO MANUEL & MARY ANN
% MICHAEL & MISTY HERNANDEZ
7815 E 3RD ST
SOMERSET, TX 78069

**Value Information**

| | |
|---|---|
| Improvement HS: | 19,910 |
| Improvement NHS: | 0 |
| Land HS: | 0 |
| Land NHS: | 0 |
| Productivity Market: | 0 |
| Productivity Use: | 0 |
| Assessed Value | 19,910 |

| Entity | Description | Pct. |
|---|---|---|
| FMLR | FARM TO MARKET ROAD | 100.00% |
| GAT | ATASCOSA COUNTY | 100.00% |
| SPO | POTEET ISD | 100.00% |
| WEV | EVERGREEN WATER DIST | 100.00% |

| Ex Code | Description |
|---|---|

Unpaid Bills Summary

| Entity | Year | Statement ID | Tax Rate | Type | Tax Due | Disc/P&I | Attorney Fees | Total Due |
|---|---|---|---|---|---|---|---|---|
| FMLR | 2013 | 53837 | 0.076000 | L | 9.94 | 2.88 | 1.92 | 14.74 |
| GAT | 2013 | 53837 | 0.340600 | L | 44.55 | 12.91 | 8.62 | 66.08 |
| SPO | 2013 | 53837 | 1.419000 | L | 185.59 | 53.82 | 35.91 | 275.32 |
| WEV | 2013 | 53837 | 0.006000 | L | 0.78 | 0.22 | 0.15 | 1.15 |
| Total for Year 2013 | | | | | 240.86 | 69.83 | 46.60 | 357.29 |
| **Total For All Years** | | | | | **240.86** | **69.83** | **46.60** | **357.29** |

**Total Due if Paid By 06/30/2015 357.29**

Paid Refunds Summary

| Entity | Year | Statement ID | Date Refunded | Refund Amount Paid |
|---|---|---|---|---|
| Total For Year 2013 | | | | 0.00 |
| FMLR | 2009 | 6439 | 01/07/2010 | 0.70 |
| GAT | 2009 | 6439 | 01/07/2010 | 3.11 |
| SPO | 2009 | 6439 | 01/07/2010 | 6.13 |
| WEV | 2009 | 6439 | 01/07/2010 | 0.06 |
| Total For Year 2009 | | | | 10.00 |
| | | | Total Refunds Paid | 10.00 |

*** End of Statement ***

NOTICE: This document is not a tax certificate and does not absolve a Taxpayer from tax liability in any way. If this document is found to be in error, it may be corrected by the Collection Office listed above. Responsibility to pay the remaining taxes rests entirely with the Taxpayer, as outlined in the Texas Property Tax Code.

True Automation, Inc.

4:35 PM

830-285-4813

11:12 PM Wed, Jan 25

dont be texting me pacheco he s till has to pay too bad FWD: FWD : No work no money no house payment court order or not sorry

Callback # : 830-285-4813

Sent by
Christina Pacheco
Appelle Manuel Castro mistress

(330) 570-5395

2 NEW VMAIL 0 URG 0 FAX *86

4/19/14 6:36 PM

Fuck you bitch your the crybaby no one wants.

Saturday 10:32 AM

What missing documents were still needed for modification it was denied after the 16th it may go into foreclosure.

2 NEW VMAIL 0 URG 0 FAX *86

Saturday 10:42 AM

Im waiting for a phone call from BSI i was not notified about modification.

Saturday 10:56 AM

For being selfish and greedy we are both gonna end up with nothing dont be crying later if we loose house im trying to communicate with you about this. Y

ou recieved a letter 15 days ago.

Saturday 11:25 AM

James E. Dickson Jr., M.D.
Diplomate American Board of Psychiatry and Neurology
14815 San Pedro Ave.
San Antonio, Texas 78232
Phone: (210) 494-1991
Fax: (210) 494-7575

January 31, 2013

To Whom It May Concern:

This is to confirm that Mary Ann Castro has been a patient of mine beginning with her initial evaluation with me on 3/2/01. She has past psychiatric diagnoses of Major Depression, and Panic Disorder. In addition she also exhibited some symptoms consistent with Attention Deficit Disorder. She was last seen by me on 12/21/11.

Sincerely,

James Dickson Jr., M.D.

Silvester Foot Clinic
409 N. Bryant
Pleasanton, TX 78064
(830)569- 3338
FAX (830)569- 6833

**Patient:** CASTRO, MARYANN, DOB: 09/23/1965, Age: 49 years, Female
**Acct #:** 4320

**CHART SUMMARY**

| | | | |
|---|---|---|---|
| Name: | CASTRO, MARYANN | Acct# | 4320 |
| | 1501 OLIVE | Date of Birth: | 09/23/1965 |
| | JOURDANTON, TX 78026 | Gender: | Female |
| Work Phone: | None | Home Phone: | (830)496- 0133 |
| Cell Phone: | None | Email: | |
| Marital Status: | | Spouse/Partner: | |
| Primary Ins: | MEDICARE DC TEXAS | Secondary Ins: | BLUE CROSS BLUE SHIELD |

**Last Plan Note:** 06/09/2015
Order bone stimulator and Subtalar joint immobilizing AFO (Arizona).
Patient was scheduled for casting of the AFO.
The patient was requesting an additional injection but I explained that steroid injections can delay the bone healing that should normally occur and I do not want to do that.

I also discussed the possibility of percutaneous surgery which would involve injecting the sinus where the screw was removed with some type of bone morphogenic protein or osteogenic gel, and percutaneous screw fixation of the subtalar joint to stabilize the joint. I explained that this may or may not lead to a solid ossification of the subtalar joint but could providers with significant relief.

**Vitals:**
**Date** 06/09/2015
**Height** 62 inches (157.48 cm) **Weight** 187 pounds (84.82 kg) **BMI** 34.19

**Current Problems:**
TRAUMATIC ARTHROPATHY INVOLVING ANKLE AND FOOT (716.17), onset: 05/08/2015, Noted, last assessed: 06/01/2015
UNSPECIFIED SITE OF ANKLE SPRAIN (845.00), onset: 05/08/2015, Noted
ANKLE INSTABILITY OTHER JOINT DERANGEMENT NOT ELSEWHERE CLASSIFIED INVOLVING ANKLE AND FOOT (718.87), onset: 05/08/2015, Noted, last assessed: 06/01/2015
PERONEAL TENDON RUPTURE (TRAUMATIC) OTHER ANKLE SPRAIN (845.09), onset: 05/11/2015, Noted, last assessed: 06/01/2015
PERONEAL TENDINITIS OTHER ENTHESOPATHY OF ANKLE AND TARSUS (726.79), onset: 05/11/2015, Noted, last assessed: 06/01/2015
UNSPECIFIED PRURITIC DISORDER (698.9), onset: 05/11/2015
PAIN IN LIMB (729.5), onset: 05/20/2015, Noted, last assessed: 06/09/2015
POSTSURGICAL ARTHRODESIS STATUS (V45.4), onset: 06/01/2015, Noted, last assessed: 06/09/2015
NONUNION OF FRACTURE (733.82), onset: 06/09/2015

**Current Medications:**
metformin 500 mg tablet extended release 24 hr , TK 1 T PO EVERY DAY X 30 Days, Start Date: 11/21/2014
omeprazole 20 mg capsule,delayed release(DR/EC) , TK 1 C PO QD X 30 Days, Start Date: 11/21/2014
Ambien (zolpidem) 5 mg tablet Take 1 tablet as directed, Take one about 1 hour pre op. Bring the medication to the procedure and repeat if needed, Disp. 4 NR, Start Date: 05/11/2015

CPT only © 2014 American Medical Association. All Rights Reserved.

Silvester Foot Clinic
409 N. Bryant
Pleasanton, TX 78064
(830)569- 3338
FAX (830)569- 6833

**Patient:** CASTRO, MARYANN, DOB: 09/23/1965, Age: 49 years, Female
**Acct #:** 4320

metoprolol succinate 25 mg tablet extended release 24 hr , TK 1 T PO QD X 30 Days, Start Date: 12/01/2014
hydrochlorothiazide 25 mg tablet , TK 1 T PO EVER DAY X 30 Days, Start Date: 11/21/2014
levothyroxine 150 mcg tablet , TK 1 T PO EVERY DAY FOR 30 DAYS X 30 Days, Start Date: 11/21/2014

**Current Allergies: No Known Drug Allergies**

**Medical History**
Thyroid dysfunction (Yes).
Hypertension (Yes).
Diabetes (Yes).
Arthritis (Yes).
*Cancer* - breast.
tumors.

**Surgical History**
*Ankle surgery* - Right.
hysterectomy.
mastecomy.
Thyroid.
Tumor on ovary.
Throat cyst.

**Family History**
*Diabetes, Type II* - Natural Mother.
*Cancer* - Natural Father - What type of cancer? - Colon; Natural Sister - What type of cancer? - bone.

**Social History**
Smoking status: Never smoker (266919005).
Smokeless Tobacco Use (No).
Illicit/Recreational Drugs (No).
alcohol use (No).
Alcohol (No).

CPT only © 2014 American Medical Association. All Rights Reserved.

Edfinancial Services
PO Box 36014
Knoxville, TN 37930-6014

**EdFinancial** SERVICES

MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

D

Statement Date: 12/12/14
Account Number: C872043321

| **Account Summary:** | GROUP F | GROUP G |
|---|---|---|
| Loan Type | STAFFORD | STAFFORD |
| Original Principal Amount | $ 1,500.00 | $ 2,780.00 |
| Lender Name | NTHEA | NTHEA |
| Current Interest Rate | 02.330% | 06.800% |
| Current Principal Balance | $ 2,076.37 | $ 3,375.46 |
| Accrued Interest on next Due Date | $ 16.01 | $ 12.56 |
| Interest Paid Since Last Statement | $ 0.00 | $ 0.00 |
| Total Principal Paid Through 12/12/14 | $ 0.00 | $ 0.00 |
| Total Interest Paid Through 12/12/14 | $ 0.00 | $ 0.00 |
| Total Fees Paid Through 12/12/14 | $ 0.00 | $ 0.00 |
| Total Amount Paid Through 12/12/14 | $ 0.00 | $ 0.00 |
| Total Payoff Amount Through 01/02/15 | $ 2,099.08 | $ 3,401.02 |
| **Fees Assessed Since Last Statement:** | | |
| Late Fees | $ 0.00 | $ 0.00 |
| Non-Sufficient Fund Fees | $ 0.00 | $ 0.00 |
| Legal Fees | $ 0.00 | $ 0.00 |
| Collection Fees | $ 0.00 | $ 0.00 |
| Servicing Fees | $ 0.00 | $ 0.00 |
| **Current Billing Summary:** | | |
| Monthly Payment Amount | $ 0.00 | $ 0.00 |
| Total Past Due | $ 0.00 | $ 0.00 |
| Outstanding Fees | $ 6.70 | $ 13.00 |
| Total Amount Due on statement date | $ 0.00 | $ 0.00 |
| **Penalty for Late Payments:** | | |
| Charge if payment not received by | 10/23/15 | 10/23/15 |
| Late Fee Amount | $ 0.94 | $ 1.90 |

03856 4802791 003913 007824 00002/00002

**ACCOUNT INFORMATION**

**We're preparing information to show how much student loan interest you paid in 2014. It will be sent to you by the end of January in your billing n statement, if applicable. The statement or letter will serve as your official IRS Form 1098-E. You can also log in at www.edfinancial.com starting January 12 to view your tax information.**

**SEE REVERSE SIDE FOR IMPORTANT ACCOUNT INFORMATION**

PLEASE DETACH AND SEND BOTTOM PORTION WITH YOUR PAYMENT.
NAME ON CHECK IF DIFFERENT FROM STATEMENT:

Sign up at www.edfinancial.com for our convenient auto-debit payment option and electronic correspondence.

Check this box for change of address. See reverse side.

Check this box if you completed the special payment instructions on the reverse side.

| Account Number | C872043321 |
|---|---|
| Payment Due Date | 01/02/15 |
| Total Due | $ 0.00 |

$

Please write your account number on your check or money order. **PLEASE DO NOT SEND CASH.**

If a check is returned unpaid for insufficient funds, it may be represented electronically.

Payment Address:

Edfinancial Services
Dept. 888055
Knoxville, TN 37995-8055

MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

10558693554831485586 8 0000000 1

Edfinancial Services
PO Box 36014
Knoxville, TN 37930-6014

EdFinancial SERVICES

North Texas Higher Education Authority — NTHEA HESC — Higher Education Servicing Corporation

Exhibit B

>03856 4802791 001 008187 10Z
MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

D

Statement Date: 12/12/14
Account Number: C872043321

| **Account Summary:** | GROUP A | GROUP B | GROUP C | GROUP D | GROUP E |
|---|---|---|---|---|---|
| Loan Type | STAFFORD | STAFFORD | STAFFORD | STAFFORD | STAFFORD |
| Original Principal Amount | $ 2,625.00 | $ 4,000.00 | $ 3,500.00 | $ 4,000.00 | $ 875.00 |
| Lender Name | NTHEA | NTHEA | NTHEA | NTHEA | NTHEA |
| Current Interest Rate | 02.330% | 02.330% | 02.330% | 02.330% | 02.330% |
| Current Principal Balance | $ 3,152.03 | $ 5,674.88 | $ 4,102.38 | $ 5,693.86 | $ 1,025.51 |
| Accrued Interest on next Due Date | $ 4.02 | $ 43.81 | $ 5.23 | $ 43.94 | $ 1.30 |
| Interest Paid Since Last Statement | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Principal Paid Through 12/12/14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Interest Paid Through 12/12/14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Fees Paid Through 12/12/14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Amount Paid Through 12/12/14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Payoff Amount Through 01/02/15 | $ 3,166.39 | $ 5,736.92 | $ 4,121.08 | $ 5,756.08 | $ 1,030.17 |
| **Fees Assessed Since Last Statement:** | | | | | |
| Late Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Non-Sufficient Fund Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Legal Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Collection Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Servicing Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Current Billing Summary:** | | | | | |
| Monthly Payment Amount | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Past Due | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Outstanding Fees | $ 10.34 | $ 18.23 | $ 13.47 | $ 18.28 | $ 3.36 |
| Total Amount Due on statement date | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Penalty for Late Payments:** | | | | | |
| Charge if payment not received by | 10/23/15 | 10/23/15 | 10/23/15 | 10/23/15 | 10/23/15 |
| Late Fee Amount | $ 1.47 | $ 2.58 | $ 1.91 | $ 2.59 | $ 0.48 |

**ACCOUNT INFORMATION**

**We're preparing information to show how much student loan interest you paid in 2014. It will be sent to you by the end of January in your billing n statement, if applicable. The statement or letter will serve as your official IRS Form 1098-E. You can also log in at www.edfinancial.com starting January 12 to view your tax information.**

03856 4802791 003912 007822 00001/00002

**SEE REVERSE SIDE FOR IMPORTANT ACCOUNT INFORMATION**

PLEASE DETACH AND SEND BOTTOM PORTION WITH YOUR PAYMENT.
NAME ON CHECK IF DIFFERENT FROM STATEMENT:

| Account Number | C872043321 |
|---|---|
| Payment Due Date | 01/02/15 |
| Total Due | $ 0.00 |

Sign up at www.edfinancial.com for our convenient auto-debit payment option and electronic correspondence.

$

Check this box for change of address. See reverse side.

Check this box if you completed the special payment instructions on the reverse side.

Please write your account number on your check or money order. **PLEASE DO NOT SEND CASH.**

If a check is returned unpaid for insufficient funds, it may be represented electronically.

Payment Address:

Edfinancial Services
Dept. 888055
Knoxville, TN 37995-8055

MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

105586935548314855586 8 0000000 1



BSI # 44675
9/15/14 — Taxes are not being paid

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
711 Navarro Street, Ste 300
San Antonio, TX 78205
**PHONE:** (210) 225-4422 **FAX:** (210) 231-0963
(800) 876-6144
July 22, 2014

T3-P0-5538

1047976850
2,115

CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON TX 78064-0495

I am paying Taxes

**RE: Acct. # 17471 CAD#17471 - ABS A01239 J POITEVENT SV-1,9.45 ACRES (see attached DELINQUENT ACCOUNT STATEMENT)**

## ACCOUNT REFERRED FOR LEGAL ENFORCEMENT

Dear Atascosa County Taxpayer:

This law firm has been retained to institute forced collection procedures to collect the Atascosa County delinquent taxes owed on the above referenced account. This letter and the detailed tax statement enclosed are your notice that these taxes are delinquent and must be paid immediately to avoid legal enforcement.

You must make payment within ten (10) days from the date of this letter. In order to avoid legal enforcement, you should make payment immediately by returning the enclosed statement along with your check payable to:

**Atascosa County**
**1001 Oak St**
**Jourdanton, TX 78026-2849**
**(830) 769-3842**

YOU MAY OWE ADDITIONAL TAXES TO ENTITIES NOT SHOWN ON THE ATTACHED STATEMENT. FOR ADDITIONAL INFORMATION, PLEASE CONTACT THE OFFICE OF THE ATASCOSA COUNTY TAX ASSESSOR-COLLECTOR, LORETTA HOLLEY, AT **(830) 769-3842.**

If you believe this statement is in error, or that you are entitled to an exemption, or if you do not own the property, please **WRITE** this law office at 711 Navarro Street, Ste 300, San Antonio, TX 78205 and supply the **ACCOUNT NUMBER** along with your comments. If you need to set up a payment plan, contact our office at (800)876-6144 for more information. If you have an active payment plan, a lawsuit will not be filed.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

9/15/14 — Taxes are being paid by: Mary Ann Castro Debtor's wife

Sincerely,

Ronald E. Rocha
Attorney at Law

H-124E

ESTA CORRESPONDENCIA SE TRATA DE SUS IMPUESTOS Y LA POSIBILIDAD DE UNA DEMANDA ACERCA DE SU PROPIEDAD. SI USTED DESEA ASISTENCIA POR UNA PERSONA QUE HABLA ESPANOL, LLAME USTED A (800)876-6144 Y UNA PERSONA LE AYUDARA



**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
711 Navarro Street, Ste 300
San Antonio, TX 78205
**PHONE:** (210) 225-4422 **FAX:** (210) 231-0963
(800) 876-6144

September 16, 2014

T2-P0-S406

1049117134
1,792

CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON TX 78064-0495

**RE: Acct. # 17471 CAD#17471 - ABS A01239 J POITEVENT SV-1,9.45 ACRES (see attached DELINQUENT ACCOUNT STATEMENT)**

## NOTICE OF LEGAL ENFORCEMENT

Dear Atascosa County Taxpayer:

Our law firm mailed a letter dated July 16, 2014 advising you to pay your property taxes and they still remain unpaid. You must contact our office to address this matter and avoid legal action. We have legal representatives ready to assist you by calling (210) 362-9000.

Failing to contact our office or the Atascosa County Tax Office to pay your taxes can result in a lawsuit being filed against you seeking the foreclosure of your property. Once a lawsuit is filed, court costs and fees associated with the lawsuit will be your responsibility. You can avoid legal action and the possibility of foreclosure by contacting our law office or mailing payment today with the enclosed statement to:

**Atascosa County**
**1001 Oak St**
**Jourdanton, TX 78026-2849**
**(830) 769-3842**

YOU MAY OWE ADDITIONAL TAXES TO ENTITIES NOT SHOWN ON THE ATTACHED STATEMENT. FOR ADDITIONAL INFORMATION, PLEASE CONTACT THE OFFICE OF THE ATASCOSA COUNTY TAX ASSESSOR-COLLECTOR, LORETTA HOLLEY, AT **(830) 769-3842.**

**PLEASE DO NOT HESITATE - WE ARE HERE TO HELP YOU**. We have been instructed by the Office of the Atascosa County Tax Assessor-Collector to advise you that if you are solicited by a lender offering to loan you money to pay your taxes through a tax lien transfer loan, be aware that administrative fees and costs are associated with the tax lien transfer loan. To learn about the options available to you to pay your taxes, contact our law office or the Atascosa County Tax Office.

If you believe this statement is in error please **WRITE** to our law office at 711 Navarro Street, Ste 300, San Antonio, TX 78205 and supply the **ACCOUNT NUMBER** along with your comments.

TEXAS LAW REQUIRES THAT WE NOTIFY YOU THAT IF YOU ARE 65 YEARS OF AGE OR OLDER OR DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Sincerely,

Ronald E. Rocha
Attorney at Law

H-163J

ESTA CORRESPONDENCIA SE TRATA DE SUS IMPUESTOS Y LA POSIBILIDAD DE UNA DEMANDA ACERCA DE SU PROPIEDAD. SI USTED DESEA ASISTENCIA POR UNA PERSONA QUE HABLA ESPANOL, LLAME USTED A (800)876-6144 Y UNA PERSONA LE AYUDARA

# TAX RECEIPT

01/05/2015 08:54AM

ATASCOSA COUNTY TAX OFFICE
1001 OAK STREET
JOURDANTON, TX 78026

| Receipt Number | |
|---|---|
| 1302446 | |
| Date Posted | 01/05/2015 |
| Payment Type | P |
| Payment Code | Partial *** |
| Total Paid | $100.00 |

**PAID BY:**

CASTRO MARY ANN
PO BOX 495
PLEASANTON, TX 78064

| Property ID | Geo | Legal Acres |
|---|---|---|
| 17471 | 01239-00-000-001104 | 9.4500 |

**Legal Description**
ABS A01239 J POITEVENT SV-1,9.45 ACRES

**Situs**
1501 OLIVE ST ,

**DBA Name**

**Owner Name and Address**
CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

| Entity | Year | Rate | Taxable Value | Stmt # | Void | Original Tax | Discnts | P&I | Att Fees | Overage | Amount Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EVERGREEN WATER DIST | 2013 | 0.00600 | 216,300 | 53838 | N | 0.90 | 0.00 | 0.22 | 0.16 | 0.00 | 1.28 |
| FARM TO MARKET ROAD | 2013 | 0.07600 | 238,300 | 53838 | N | 12.50 | 0.00 | 3.00 | 2.33 | 0.00 | 17.83 |
| ATASCOSA COUNTY | 2013 | 0.34060 | 241,300 | 53838 | N | 56.72 | 0.00 | 13.62 | 10.55 | 0.00 | 80.89 |
| | | | | | | | | | | | 100.00 |

**Balance Due As Of 01/05/2015: 796.13**

| Tender | Details | Description | Amount |
|---|---|---|---|
| Money Order | 17-133811575 | | 100.00 |
| | | | 100.00 |

***** Payment code of 'Partial' indicates this transaction is considered a partial payment. Please contact the Tax Office for balance due information.**

| Operator | Batch | Total Paid |
|---|---|---|
| LH | 12840 (01/05/15LH) | 100.00 |

Special Condition Exists for this Property
Page: 1

Receipt issued in Accordance with Section 31.075 of the Texas Property Tax Code

True Automation, Inc.

 10/09/2014

Sent Via Certified Mail
9307 1100 1170 0770 3513 68

Mary Ann Castro
PO Box 495
Pleasanton, TX 78064-0495

Loan Number: 44675
Property Address: 1501 OLIVE STREET
JOURDANTON, TX 78026

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mary Ann Castro:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: (35 @ $1,732.72) | $66,367.76 |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$73,967.02** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



additional payments and fees that become due by 11/13/2014. Note that in addition to the regular monthly payments, additional charges, costs and fees may become due during the period between today's date and the date the aforementioned payments are due. You may contact our Collection Department at (800) 327-7861 to obtain updated payment information.

Please include your loan number and property address with your payment and send to:

BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA 16354

or Overnight
BSI FINANCIAL SERVICES
314 S FRANKLIN ST
TITUSVILLE, PA 16354

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling (800) 327-7861.

You have the right to reinstate the loan after acceleration, and to bring a court action to assert the non-existence of a default or any other defense to acceleration or foreclosure sale. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

BSI is the mortgage servicer for the mortgagee of the Deed of Trust and the parties have entered into an agreement granting BSI authority to service the mortgage and represent the mortgagee (the "Servicing Agreement"). Pursuant to the Servicing Agreement, BSI is granted authority to collect and service debt associated with the Deed of Trust. Under §51.0025 of the Texas Property Code, BSI, as mortgage servicer, is authorized to administer any resulting foreclosure of the property covered by the Deed of Trust on behalf of the Mortgagee. All communication about your mortgage should be made through the Mortgage Servicing Department of BSI at 314 S Franklin Street, Titusville, PA 16354.

**Attention Servicemembers and Dependents: Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last 12 months, **AND** joined after signing the Note and Security Instrument now in default, please notify BSI Financial Services, Inc. immediately. When contacting BSI Financial Services, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA

should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 327-7861 if you have questions about your rights under SCRA.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. You may contact a government approved housing counseling agency which provides free or low-cost housing counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

You may be eligible for assistance from the Homeownership Preservation Foundation or other foreclosure counseling agency. You may call the following toll-free number to request assistance from the Homeownership Preservation Foundation: (888) 995-HOPE (4673). If you wish, you may also contact us directly at (800) 327-7861 and ask to discuss possible options.

If your loan was originated as a Texas Home Equity Loan under the Texas Constitution, Article XVI, Section 50(a)(6), your property will be scheduled for foreclosure in accordance with Rules 735 and 736 of the Texas Rules of Civil Procedure and the Texas Constitution, by obtaining a court order for the foreclosure.

This matter is very important. Please give it your immediate attention.

Sincerely,

BSI Financial Services, Inc.
314 S Franklin Street
Titusville, PA 16354
(800) 327-7861

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT BSI FINANCIAL SERVICES, INC. IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.

9307 1100 1170 0770 3513 68